| | |
|---|---|
| 1 | **WEBB & CAREY** |
|   | Patrick D. Webb SBN 82857 |
| 2 | pwebb@webbcarey.com |
|   | 402 West Broadway, Ste 1230 |
| 3 | San Diego CA 92101 |
|   | Tel 619-236-1650 Fax 619-236-1283 |
| 4 | |
| 5 | Attorneys for Plaintiff |

IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAREK A. FOUAD, derivatively on behalf of nominal defendant DIGITAL SOULA SYSTEMS, | ) ) ) ) | CASE No.: 19-cv-1837 |
| Plaintiff, | ) ) | **NOTICE OF ERRATA** |
| vs. | ) ) | |
| THE STATE OF QATAR, by and through its MINISTRY OF DEFENSE, QATAR ARMED FORCES, MINISTRY OF ECONOMY AND COMMERCE, and DOES 1-30, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| -and- | ) ) | |
| DIGITAL SOULA SYSTEMS, | ) ) | |
| Nominal Defendant, Real Party in Interest. | ) ) ) | |

**PLEASE TAKE NOTICE** that Plaintiff, TAREK A. FOUAD, derivatively on behalf of DIGITAL SOULA SYSTEMS ("DSS"), submits that Attachment 1 and Attachment 2 to the Complaint should be corrected as the digital pdf copies electronically filed cannot be printed from PACER on 8.5 x 11 inch paper, without cutting off the Court's header and ten percent of the text on each page. These documents were created as pdfs in the Defendant State of Qatar with different non-U.S. printer page requirements. This was not discovered until Plaintiff's counsel sought to print a hard copy of the Complaint and its attachments for delivery of the Mandatory Chambers Copy of the Complaint. The two attachments have now been re-scanned

1 | as pdfs and consecutively bates numbered Exhibit A00030-000183, so that they can be printed

2 | with the Court's header on 8.5 x 11 inch paper, and will be filed separately as Docket #5 and #6.

3 | Dated: September 26, 2019         **WEBB & CAREY APC**

/s/Patrick D. Webb
Patrick D. Webb
Attorneys for Plaintiff Tarek A. Fouad,
derivatively on behalf of DIGITAL SOULA
SYSTEMS

**NOTICE OF ERRATA**                                                                 2