AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Tarek A. Fouad, derivatively on behalf of nominal defendant DIGITAL SOULA SYSTEMS, <br><br> *Plaintiff(s)* <br> v. <br> THE STATE OF QATAR "see attached" <br><br> *Defendant(s)* | Civil Action No. 19-cv-1837 RGK ADS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The State of Qatar, by and through its Ministry of Defense, Qatar Armed Forces, Ministry of Economy and Commerce and DOES 1-30 and Digital Soula Systems, nominal defendant, real party in interest

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Patrick D. Webb 4j02 W. Broadway Ste 1230, San Diego CA 92101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

| | |
|---|---|
| 1 | Patrick D. Webb, SBN 82857 |
| | **WEBB & CAREY** |
| 2 | 402 West Broadway, Ste 1230 |
| | San Diego CA 92101 |
| 3 | 619-236-1650 |
| | 619-236-1283 |
| 4 | |
| 5 | Attorneys for Plaintiff |

**IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TAREK A. FOUAD, derivatively on behalf of nominal defendant DIGITAL SOULA SYSTEMS, | ) ) ) | CASE NUMBER: |
| Plaintiff, | ) ) | **COMPLAINT FOR:** |
| vs. | ) ) ) | **(1) BREACH OF CONTRACT**<br>**(2) FRAUD**<br>**(3) NEGLIGENT MISREPRESENTATION** |
| THE STATE OF QATAR, by and through its MINISTRY OF DEFENSE, QATAR ARMED FORCES, MINISTRY OF ECONOMY AND COMMERCE, and DOES 1-30, | ) ) ) ) ) | **(4) UNJUST ENRICHMENT**<br>**(5) UNFAIR COMPETITION**<br>**(6) INTERFERENCE WITH PROSEPCTIVE ECONOMIC ADVANTAGE; and**<br>**(7) DECLARATORY RELIEF** |
| Defendants. | ) ) | |
| -and- | ) ) | |
| DIGITAL SOULA SYSTEMS, | ) ) | |
| Nominal Defendant, Real Party in Interest. | ) ) ) | |

Plaintiff, TAREK A. FOUAD, derivatively on behalf of DIGITAL SOULA SYSTEMS ("DSS"), brings this action as follows:

**PARTIES**

1. Plaintiff, TAREK A. FOUAD, is a United States citizen, resident of California, a British citizen, and founding 20% shareholder of DSS, a Qatar based defense and security consultancy and limited liability company, pursuant to the provisions of Qatar's commercial companies law No. (11) of 2015, which did business in Fullerton, California. DSS is registered with the Registration and Commercial Licences Department of the Ministry of Economy and Commerce of Qatar, which

1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-1837 RGK ADS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: