**IN THE UNTIED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION–SANTA ANA**

| | |
|---|---|
| TAREK A. FOUAD, derivatively on behalf of nominal defendant DIGITAL SOULA SYSTEMS, <br><br> Plaintiff, <br><br> vs. <br><br> THE STATE OF QATAR, by and through its MINISTRY OF DEFENSE, QATAR ARMED FORCES, MINISTRY OF ECONOMY AND COMMERCE, and DOES 1-30, <br><br> Defendants. <br><br> -and- <br><br> DIGITAL SOULA SYSTEMS, <br><br> Nominal Defendant, Real Party in Interest. | CASE No.: 19-cv-1837 RGK ADS <br><br> **SUMMONS ON FOREIGN STATE PER F.S.I.A. 28 U.S.C. §1608** |

To: THE STATE OF QATAR, by and through its MINISTRY OF DEFENSE, QATAR ARMED FORCES, MINISTRY OF ECONOMY AND COMMERCE, DOES 1-30, and DIGITAL SOULA SYSTEMS, Nominal Defendant, Real Party in Interest

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), if you are a foreign state or political subdivision of a foreign state or an agency or instrumentality of a foreign state— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Patrick D. Webb, 402 W. Broadway, Ste 1230, San Diego CA 92101.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
CLERK OF COURT

Date: October 2, 2019

/s/ Jennylam
Signature of Clerk or Deputy Clerk

1