1 | Patrick D. Webb, Esq. State Bar No. 82857
**WEBB & CAREY**
2 | 402 West Broadway Ste 1230
San Diego CA 92101
3 | Tel 619-236-1650
Fax 619-236-1283
4 |
5 | Attorneys for Plaintiff

6 | **UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
7 |

8 | TAREK A. FOUAD, derivatively on behalf of ) Civ. No. 19-cv-01837 RGK–ADS
nominal defendant DIGITAL SOULA )
9 | SYSTEMS, )
)
10 | Plaintiff, ) **SIGNED RECEIPT FOR FOREIGN**
vs. ) **SERVICE OF MINISTRY OF**
11 | ) **FOREIGN AFFAIRS FROM DHL RE:**
) **SUMMONS, COMPLAINT AND**
THE STATE OF QATAR, by and through its ) **NOTICE OF SUIT IN ENGLISH AND**
12 | MINISTRY OF DEFENSE, QATAR ) **ARABIC**
ARMED FORCES, MINISTRY OF )
13 | ECONOMY AND COMMERCE, and )
DOES 1-30, )
14 | )
Defendants, )
15 | )
-and- )
16 | )
DIGITAL SOULA SYSTEMS, )
17 | )
Nominal Defendant, Real Party in )
18 | Interest. )
)
19 | _____ )

20

21 | ATTACH SIGNED RECEIPT FOR FOREIGN SERVICE HERE

22

23

24

25

26

27

28

CV-75 2006



11 October 2019

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 7128420213.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 7128420213 was delivered on 10 October 2019 at 09.24**

| | | | |
|---|---|---|---|
| **Signed** | MOHAMMED KHABI | **Destination Service Area** | DOHA QATAR |
| **Signature** | *[signature]* | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600007113446890 |

## Additional Shipment Details

| | | | |
|---|---|---|---|
| **Service** | EXPRESS WORLDWIDE doc | **Origin Service Area** | LOS ANGELES UNITED STATES OF AMERICA |
| **Picked Up** | 07 October 2019 at 13.05 | | |

***WAYBILL DOC***
Not to be attached to package - Hand to Courier
2019-10-04 MYDHL+ /

DOX 

**Shipper :**
United States Federal Court, C.D.
Ms. Jennifer Cummings
255 Temple Street,
90012 LOS ANGELES California
United States of America

Contact:
+12138941565

**Receiver :**
Minister of the Ministry of Foreign Affairs
Mohd. Abdulrahman Jassim Al-Thani
Al Mirqab Tower, Ambassadors Street, West Bay

**DOHA**
**Qatar**

Contact:
Mohd. Abdulrahman Jassim Al-Thani
+97440111111

**US-ELA-HHR   QA-DOH-QCO**

**Product Details:**
**[D] EXPRESS WORLDWIDE (42)**
**Payer Details**
Freight A/C: Online Payment
Duty A/C:
Taxes A/C:
Incoterm: DAP

**Features / Services (Service Code)**

**Shipment Details**
Ref:
Custom Val: 1.00 USD

**Cust Decl Shpt Wgt (UOM) / Dim Wgt (UOM):**       **Pieces**
2.6 lbs                                                                    1

Name (in Capital Letters)        Signature        Date (DD.MM.YYYY)


WAYBILL 71 2842 0213

Contents: Completed Forms

License Plates of pieces in shipment
JD014600007113446890

- page 1 of 1 -

# EXPRESS WORLDWIDE    DOX    DHL

2019-10-04 MYDHL+ 1.0 / *30-0821*

**From :** United States Federal Court, C.D.
Ms. Jennifer Cummings
255 Temple Street,

90012 LOS ANGELES  California
United States of America

**Origin:**
## ELA

Contact: +12138941565

**To :** Minister of the Ministry of Foreign Affairs
Mohd. Abdulrahman Jassim Al-Thani
Al Mirqab Tower, Ambassadors Street, West Bay

Contact:
Mohd. Abdulrahman Jassim Al-Thani
+97440111111

## DOHA
Qatar

## QA-DOH-QCO



Day    Time

**Ref:**    Pce/Shpt Weight    Piece
## 2.6 lbs   1 / 1

Contents: Completed Forms


WAYBILL 71 2842 0213


(2L)QA:DOHQCO+42000000


(J) JD01 4600 0071 1344 6890