KEVIN WALSH (*pro hac vice* pending)
kevin.walsh@dlapiper.com
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Fl
New York, NY 10020-1104
Tel:   212.335.4500
Fax:  212.335.4501

AMANDA C. FITZSIMMONS (Bar No. 258888)
amanda.fitzsimmons@dlapiper.com
MANDY CHAN (Bar No. 305602)
mandy.chan@dlapiper.com
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel:   619.699.2700
Fax:  619.699.2701

COLLEEN MCELROY (Bar No. 307490)
colleen.mcelroy@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400
Los Angeles, CA 90067-4704
Tel:   310.595.3000
Fax:  310.595.3300

Attorneys for Specially Appearing Defendants
THE STATE OF QATAR; MINISTRY OF DEFENSE; QATAR ARMED FORCES; and MINISTRY OF ECONOMY AND COMMERCE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TAREK A. FOUAD, derivatively on behalf of nominal defendant DIGITAL SOULA SYSTEMS,<br><br>Plaintiff,<br><br>v.<br><br>THE STATE OF QATAR, by and through its MINISTRY OF DEFENSE, QATAR ARMED FORCES, MINISTRY OF ECONOMY AND COMMERCE, and DOES 1-30,<br><br>Defendants. | CASE NO. 8:19-CV-01837-RGK-ADS<br><br>**DECLARATION OF LAWRENCE NORTHMORE-BALL IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**<br><br>Date:   February 24, 2020<br>Time:   9:00 a.m.<br>Crtrm:  850<br>Judge:  Hon. R. Gary Klausner |

EAST/170957816

CASE NO. 8:19-CV-01837-RGK-ADS

I, Lawrence Northmore-Ball, declare as follows:

1. I am a solicitor licensed to practice in the United Kingdom. I am a Senior Associate with the law firm of Carter-Ruck, counsel for Specially Appearing Defendants The State of Qatar, its Ministries of Defense and Economy and Commerce, and the Qatar Armed Forces (collectively, the "Sovereign Defendants"). This declaration is submitted in support of the Sovereign Defendants' Motion to Dismiss Plaintiff Tarek A. Fouad's Complaint (the "Motion"). I have personal knowledge of the facts set forth in this declaration. If called as a witness for this purpose, I could and would testify competently under oath to the facts stated herein.

2. In 2018, the Sovereign Defendants retained Carter-Ruck to represent it in connection with a dispute between them and Digital Soula Systems ("DSS") and its shareholder, Plaintiff Tarek Fouad ("Fouad"). My colleague, Cameron Doley, and I served as counsel of record for the Sovereign Defendants in the arbitration proceedings identified below and represented the Sovereign Defendants' interests before the English High Court in connection with the claim for declaratory relief Fouad filed on October 16, 2018.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Settlement Agreement executed by and between DSS and the Qatar Armed Forces, which was provided to me by Niall Clancy, Senior Associate at the law firm Dentons & Co., Counsel to DSS.

4. Attached hereto as **Exhibit 2** is a copy of the Articles of Association for DSS, which Fouad submitted as an exhibit to his First Witness Statement in support of a claim for declaratory relief he filed with the English High Court, which my office obtained from Mark Deem, a Partner at the law firm Cooley (UK) LLP, then Counsel to Mr Fouad.

5. Attached hereto as **Exhibit 3** is a copy of the Shareholders Agreement by and between the shareholders of DSS, which Fouad submitted as an exhibit to his
/////

First Witness Statement in support of a claim for declaration relief he filed with the English High Court, which my office obtained from Mr Deem.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Commercial Registration Certificate for DSS, dated December 24, 2019, which my office caused to be obtained from the Registration and Commercial Licenses Department of the Ministry of Economy and Commerce via the Qatar Ministry of Foreign Affairs.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the request for arbitration filed by Fouad with the International Chamber of Commerce International Court of Arbitration ("ICC") on July 8, 2018, case reference 23698/AYZ, (the "First Request for Arbitration"), which was provided to me by the Qatar Armed Forces in connection with my firm's representation of the Sovereign Defendants.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an August 30, 2018 letter sent by Zaher Nammour of Dentons & Co., counsel for DSS, to the Secretariat of the ICC in connection with Fouad's First Request for Arbitration, of which I was also a recipient.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a September 5, 2018 letter sent by Cooley (UK) LLP to the Secretariat of the ICC in connection with Fouad's First Request for Arbitration, of which I was also a recipient.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Claim submitted on October 16, 2018 by Fouad to the English High Court seeking declaratory relief, which my office obtained from Mr Deem.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a January 22, 2019 email sent by Ian Dawson, Commercial Listing Clerk for the English High Court, to Mr Deem and me in connection with Fouad's English High Court Claim.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a February 8, 2019 email sent by Amany Chamieh, Deputy Counsel to the Secretariat of the

ICC, to Mark Deem, Zaher Nammour, Cameron Doley and me in connection with the First Request for Arbitration.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a request for arbitration filed by Fouad with the ICC on February 20, 2019, case reference 24282/AYZ, (the "Second Request for Arbitration"), which was provided to me by the Qatar Armed Forces in connection with my firm's representation of the Sovereign Defendants.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an April 23, 2019 letter sent by Cooley (UK) LLP to the Secretariat of the ICC in connection with the Second Request for Arbitration, of which I was also a recipient.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a May 3, 2019 letter sent by Vladi Hennessee, Deputy Counsel to the Secretariat of the ICC, to Mr Deem and Cameron Doley and me in connection with the Second Request for Arbitration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2019.

LAWRENCE NORTHMORE-BALL