# EXHIBIT 2





إدارة التوثيق - وزارة العدل
نموذج ث/١
توثيقات : 352 / 2017
التاريخ : 2017/01/02
محضر توثيق رقم



وثيقة تأسيس شركة ذات مسؤولية محدودة

## Articles Of Association Limited Liability

شركة: **ديجيتال سولا سيستمز لتقنية المعلومات**

## Company: DEGITAL SOLA SYSTEMS W.L.L

شركة ذات مسؤولية محدودة وفقاً لأحكام قانون الشركات التجارية رقم 11 لسنة 2015
Limited liability company pursuant to the provisions of commercial companies law no. (11) Of 2015

إنه في يوم الإثنين، 13 ربيع الأول، 1438  الموافق: 2016/12/12 تم إبرام هذه الوثيقة بين كل من:-
These Articles of Association have been concluded on (date 2016/12/12 by and between:

| محل الإقامة والعنوان<br>Place of Residence and Address | رقم إثبات الشخصية<br>Id Number | الجنسية<br>Nationality | الاســـــــم<br>Name | م |
|---|---|---|---|---|
| الدوحة - قطر<br>DOHA- QATAR | س ت / 32197<br>27663400507 | قطريه<br>قطري<br>Qatar<br>Qatar | شركة السدرية القابضة ويمثلها السيد /<br>محمد عبدالله على مطر المناعى<br>Company/Al-Sedriah Holding Represented By Mr.Mohd Abdulla A Al-Mannal | 1. |
| الدوحة - قطر<br>DOHA- QATAR | س ت / 20363<br>28263403252 | قطريه<br>قطري<br>Qatar<br>Qatar | شركة السلام العالمية للاستثمار المحدودة ويمثلها السيد /<br>عبدالسلام عيسى عبدالسلام محمد أبو عيسى<br>Company/ SALAM INTERNATIONAL INVESTMENT LIMITED Represented By Mr.ABDULSALAM ISSA A M ABU ASSA | 2. |
| الدوحة - قطر<br>DOHA- QATAR | 26682600828 | بريطانيا<br>Britain | طارق فؤاد<br>TAREK AHMED FOUAD | 3. |

### Preamble
The abovementioned parties have agreed to establish a Limited Liability Company, which is Qatari national but does not necessarily entitle its founders to the exclusive legal rights reserved for Qataris, unless the Company is owned in full by Qatari citizens as per the provisions of the prevailing laws in the State of Qatar, in particular the Commercial Companies Law No. (11) of 2015 and the provisions of the present Articles of Association, in accordance with the following terms and conditions:

### تمهيد
إتفق المتعاقدين فيما بينهم على تأسيس شركة ذات مسئولية محدودة قطرية الجنسية ولا يستتبع ذلك بالضرورة تمتع الشركة بالحقوق المقصورة قانونا على القطريين إلا إذا كانت مملوكة بالكامل لقطريين، وفقاً لأحكام القوانين النافذة في دولة قطر وعلى الأخص قانون الشركات التجارية رقم 11 لسنة 2015، وأحكام هذه الوثيقة، وذلك طبقاً للشروط والأوضاع الآتية:

الموثق



الأطـــــراف





نموذج ث/١

محضر توثيق رقم ( .................. )

### Article (1)
Commercial : **DEGITAL SOLA SYSTEMS**.W.L.L

### Article (2)
The objects of the Company shall be:
1. Information Technology Consulting
2. Provide expertise and comprehensive solutions and consulting in information systems
3. Networking Services
4. Achteharat the electronic network
5. IT Services
6. relevant computerized Automated Services

### Article (3)
The Company's head office shall be in the city of : Doha, The Company's managers may decide to establish branches in the State of Qatar or overseas whenever it is deemed advisable for the interest of the Company. The addresses of the Company's branches shall be entered in the Company's Commercial Registry.

### Article (4)
The duration of the Company shall be (25) years starting from the date of Company registration in the Commercial Registry. Such term may be extended subject to the agreement of a number of partners representing ( 75% ) at least of the capital

### Article (5)
The Limited Liability Company shall be deemed a legal entity starting from the date of its registration in the Commercial Registry. The Company managers shall be held jointly responsible for the prejudice incurred by third parties due to the failure to proclaim the company.

### مـــادة (1)
اسم الشركة : **ديجيتال سولا سيستمز لتقنية المعلومات** (ذ.م.م) شركة ذات مسئولية محدودة

### مـــادة (2)
غرض الشركة:
1- استشارات تقنية المعلومات
2- تقديم الخبرة والحلول الشاملة والاستشارات في نظم المعلومات
3- خدمات شبكات تقنية المعلومات
4- اشتشارات الشبكة الالكترونية
5- خدمات تكنولوجيا المعلومات
6- الخدمات ذات الصلة بالحاسب الالي

### مادة (3)
المركز الرئيسي للشركة في مدينة: الدوحة، ويجوز لمديري الشركة أن يقرروا إنشاء فروع في دولة قطر أو خارجها متى إقتضت مصلحة الشركة ذلك ويجب التأشير بعناوين الفروع في السجل التجاري الخاص بالشركة.

### مادة (4)
مدة الشركة (25) سنة تبدأ إعتباراً من تاريخ قيدها في السجل التجاري ، ويجوز مد هذه المدة بموافقة عدد من الشركاء يمثلون نسبة (75%) على الأقل من رأس المال

### مادة (5)
تكتسب الشركة الشخصية المعنوية من تاريخ قيدها في السجل التجاري، ويكون مديرو الشركة مسؤولين بالتضامن عن الأضرار التي تصيب الغير من جراء عدم شهر الشركة.

الموثق



الأطـــــراف
1- ......... 2- ......... 3- .........
4- ......... 5- ......... 6- .........
7- ......... 8- ......... 9- .........

نموذج ث/١

محضر توثيق رقم (..................)




### Article (6)

The capital of the Company has been fixed at Qatari Riyals (**5000000**) divided into (**5000**) shares, the nominal value of each share being Qatari Riyals (**10000**). The shares have been divided among the partners as follows:

### مادة (6)

حدد رأسمال الشركة بمبلغ (**5000000**) ريال قطري، موزعاً إلى عدد (**5000**) حصة قيمة كل منها (**1000**) ريال قطري وقد تم توزيع هذه الحصص بين الشركاء على الوجه الآتي:

| م | اسم صاحب الحصة<br>Shareholder's Name | عدد الحصص النقدية<br>Number of Cash Value Shares | القيمة بالريال القطري<br>Value in Qatari Riyals | المجموع<br>TOTAL | نسبة المشاركة<br>Subscription Rates |
|---|---|---|---|---|---|
| 1 | شركة السدرية القابضة<br>Company/Al-Sedriah Holding | 3000 | 1000 | 3000000 | %60 |
| 2 | شركة السلام العالمية للاستثمار المحدودة<br>Company/ SALAM INTERNATIONAL INVESTMENT LIMITED | 1000 | 1000 | 1000000 | %20 |
| 3 | طارق فؤاد<br>TAREK AHMED FOUAD | 1000 | 1000 | 1000000 | %20 |
|   | المجموع | 5000 | 1000 | 5000000 | %100 |

Each and every Shareholder has paid up their respective shares.

For quotas in kind - share provider shall be liable to third parties for their estimated value .. If it is proven that the quota in kind estimated overvaluation shall result in the difference in cash for the company and ask the rest of the partners in solidarity with the performance of this difference for the company unless proven not knowing.:

وقد دفع كل شريك قيمة حصته كاملة وسلمت الحصص العينية للشركة.

وبالنسبة للحصص النقدية المقدمة – فيكون مقدم الحصة مسؤولاً تجاه الغير عن قيمتها المقدرة لها .. فإذا ثبت أن الحصة النقدية قدرت بأكثر من قيمتها وجب أن يؤدي الفرق نقداً للشركة ويسأل باقي الشركاء متضامنين عن أداء هذا الفرق للشركة إلا إذا أثبتوا عدم علمهم به:

| م | اسم مقدم الحصة<br>Shareholder's Name | بيان الحصة<br>Statement of quotas | قيمتها<br>TOTAL |
|---|---|---|---|
| 1 | شركة السدرية القابضة<br>Company/Al-Sedriah Holding | بموجب عقد بيع رقم<br>٦٤٨٢٥ /2016 | 3000000 |
| 2 | شركة السلام العالمية للاستثمار المحدودة<br>Company/ SALAM INTERNATIONAL INVESTMENT LIMITED | بموجب عقد بيع رقم<br>٦٤٨٢٥ /2016 | 1000000 |
| 3 | طارق فؤاد<br>TAREK AHMED FOUAD | بموجب عقد بيع رقم<br>٦٤٨٢٥ /2016 | 1000000 |

الموثق

الأطـــراف

-1 ............... -2 ............... -3 ...............
-4 ............... -5 ............... -6 ...............
-7 ............... -8 ............... -9 ...............

نموذج ث/١

محضر توثيق رقم (..................)






### Article (7)
**Company Management**

The Company shall be managed by one or more managers, who may be chosen from the Shareholders or from others appointed by the Shareholders for a fixed term or an open one. The managers are appointed in the Company's Articles of Association for a period of (25) years. The managers appointed in these Articles of Association may be removed, and their successors may be appointed and eventually removed with the consent of the Shareholders who own more than half of the capital, This should be entered in the Commercial Registry and does not require any modification in the Company's Articles of Association. The Shareholders have appointed:

### مادة (7)

**إدارة الشركة:**

يدير الشركة مدير أو أكثر من بين الشركاء أو من غيرهم يعينهم الشركاء لأجل معين أو غير معين، ويعتبر المديرون المعينون في وثيقة تأسيس الشركة معينون لمدة (25) سنة، ويجوز عزل المدراء المعينين في هذه الوثيقة وكذلك تعيين وعزل المدراء المعينون فيما بعد باتفاق الشركاء المالكين لأكثر من نصف رأس المال ، وذلك عن طريق التأشير في السجل التجاري ، ودون ان يتطلب ذلك تعديل في وثيقة تأسيس الشركة، وقد عين الشركاء :

| م | الاسم / Name | الصفة / Position |
|---|---|---|
| 1 | محمد عبدالله على مطر المناعى<br>Mohd Abdulla A Al-Mannal | مدير<br>Director |
| 2 | عبدالسلام عيسى عبدالسلام محمد ابو عيسى<br>ABDULSALAM ISSA A M ABU ASSA | مدير<br>Director |
| 3 | طارق فؤاد<br>TAREK AHMED FOUAD | مدير<br>Director |

### Article (8)

The Company manager shall have the full authority to manage the Company. The acts of the manager shall be binding upon the Company provided that they are endorsed by the capacity under which he has acted. Any decision to replace the managers or confine their authorities shall not be valid against the rights of third parties except if endorsed in the Commercial Registry. The manager shall represent the Company before the judiciary and third parties.

### مادة (8)

يكون لمدير الشركة السلطة الكاملة في إدارتها، وتعتبر تصرفات المدير ملزمة للشركة بشرط أن تكون مشفوعة ببيان الصفة التي تعامل بها، وكل قرار يصدر بتغيير المديرين أو بتقييد سلطاتهم، لا يسري في حق الغير إلا بعد التأشير به في السجل التجاري. ويمثل المدير الشركة أمام القضاء والغير.

الموثق

الأطـــــــــراف

-1 ............ -2 ............ -3 ............
-4 ............ -5 ............ -6 ............
-7 ............ -8 ............ -9 ............

خاتم التوثيق




نموذج ث/١

محضر توثيق رقم (..................)



### Article (9)
The decision making of the board of directors in the Joint Stock Companies shall apply to that of the board of managers in terms of responsibility.

### Article (10)
The manager is not allowed, without the approval of the General Assembly of the Company, to undertake a managerial position in another competing company or one which engages in a similar business activity, or to undertake, for his own benefit or on behalf of others, business transactions similar to those of his own Company or in competition with them. In case of violation, the manager can be removed and required to make compensation.

### Article (11)
The partner who is not manager in a company that does not have a supervisory board may advise the managers, and he has the right to access within the premises of the Company information about its activities and to inspect the ledgers and documents. Any condition contrary to this shall be deemed null and void.

### Article (12)
**Share Transfer**
The partner may, as per an official deed, transfer his shares to another partner or others in accordance with the terms of these Articles of Association. This transfer shall not be used as evidence against the Company or third parties except from the date of its registration in the Shareholders' ledger and in the Commercial Registry. The Company cannot refuse to register the transfer in the Registry unless it contravenes the terms of the Articles of Association or the provisions of the Commercial Companies Law.

### مادة (9)
يكون حكم المديرين من حيث المسؤولية حكم أعضاء مجالس إدارات شركات المساهمة.

### مادة (10)
لا يجوز للمدير بغير موافقة الجمعية العامة للشركة أن يتولى الإدارة في شركة أخرى منافسة أو ذات أغراض مماثلة، أو أن يقوم لحسابه أو لحساب الغير بصفقات تجارية منافسة أو مماثلة لتجارة الشركة، ويترتب على مخالفة ذلك جواز عزله و إلزامه بالتعويض.

### مادة (11)
يكون للشريك غير المدير في الشركات التي لا يوجد بها مجلس رقابة، أن يوجه النصح للمديرين، وله أن يطلب الاطلاع في مركز الشركة على أعمالها وفحص دفاترها ووثائقها، ويقع باطلاً كل شرط يخالف ذلك.

### مادة (12)
**الحصص وإنتقالها:**
يجوز للشريك أن يتنازل عن حصته بموجب محرر رسمي لأحد الشركاء أو للغير وفقاً لشروط هذه الوثيقة، ولا يحتج بهذا التنازل في مواجهة الشركة أو الغير، إلا من تاريخ قيده في سجل الشركاء وفي السجل التجاري. ولا يجوز للشركة الامتناع عن قيد التنازل في هذا السجل إلا إذا خالف ما نص عليه في وثيقة تأسيس الشركة أو أحكام قانون الشركات التجارية.

الموثق



الأطـــــراف

1- .......... 2- .......... 3- ..........
4- .......... 5- .......... 6- ..........
7- .......... 8- .......... 9- ..........

نموذج ث/١

محضر توثيق رقم (..................)




## Article (13)

Should any of the partners transfer, through remuneration, his share to a person who is not a partner, he should inform the other partners through the Company manager about the terms of this transfer. The manager should inform the partners as soon as he receives the notice. Every partner can request to recover the share for its actual price and with the same conditions for transfer. In case of price discrepancy, the Company's accounts auditor shall assess this value on the date of recovery. If thirty days elapse after the date of notice and no partner uses the right of recovery, the partner shall be free to use his share.

## Article (14)

The share of each partner shall be transferred to his heirs or his legatees. The provision of recovery mentioned in the above Article shall not apply to such transfer.

## Article (15)

Taking into consideration the provisions of Article (235) in the Commercial Companies Law No. (11) of 2015, if the right of recovery is used by more than one partner, the sold share(s) shall be distributed among them in proportion to the shares of each in the capital.

## Article (16)

Should the creditor of any partner execute orders on the share of his debtor, he may agree with the debtor and the Company on the method and the terms of its sale; otherwise, the share should be offered for public auction. The Company may recover the share offered for sale in favor of one or more partners with the same conditions of the auction within fifteen days after the date of tender award. These provisions shall also apply in case of partner bankruptcy.

## Article (17)

Shareholders Registry
A Shareholders' registry shall be maintained at the Company's office and should comprise the

### مادة (13)

إذا تنازل أحد الشركاء عن حصته لشخص من غير الشركاء بعوض، وجب عليه أن يخطر باقي الشركاء عن طريق مدير الشركة بشروط التنازل.

وعلى المدير أن يخطر الشركاء بمجرد وصول الإخطار إليه، ويجوز لكل شريك أن يطلب استرداد الحصة بثمنها الحقيقي وبذات شروط التنازل، وفي حالة الاختلاف على الثمن، يقدر مراقب حسابات الشركة هذا الثمن في تاريخ الاسترداد، فإذا انقضت ثلاثون يوماً من تاريخ الإخطار دون أن يستعمل أحد الشركاء حق الاسترداد، كان الشريك حراً في التصرف في حصته.

### مادة (14)

تنتقل حصة كل شريك إلى ورثته أو الموصى لهم، ولا يسري على هذا الانتقال حكم الاسترداد المنصوص عليه في المادة السابقة.

### مادة (15)

إذا استعمل حق الاسترداد أكثر من شريك قسمت الحصص أو الحصة المبيعة بينهم بنسبة نصيب كل منهم في رأس المال مع مراعاة أحكام المادة (**235**) من قانون الشركات التجارية رقم (11) لسنة 2015.

### مادة (16)

إذا باشر دائن أحد الشركاء إجراءات التنفيذ على حصة مدينه، جاز له أن يتفق مع المدين والشركة على طريقة البيع وشروطه وإلا وجب عرض الحصة للبيع في مزاد علني، ويجوز للشركة استرداد الحصة المبيعة لصالح شريك أو أكثر بذات الشروط التي رسا بها المزاد خلال خمسة عشر يوماً من تاريخ رسو المزاد. وتطبق هذه الأحكام في حالة إفلاس الشريك.

### مادة (17)

<u>سجل الشركاء:</u>
تعد الشركة بمركزها سجلاً خاصاً للشركاء،

الموثق

الأطـــراف

-1 ............  -2 ............  -3 ............
-4 ............  -5 ............  -6 ............
-7 ............  -8 ............  -9 ............





نموذج ث/١

محضر توثيق رقم ( ................. )

يشتمل على ما يأتي:
١ - أسماء الشركاء ومواطنهم وجنسياتهم ومهنهم.
٢ - عدد وقيمة الحصص التي يملكها كل شريك.
٣ - التصرفات التي تجري على الحصص مع بيان تاريخها والسبب الناقل للملكية واسم المتصرف والمتصرف إليه وتوقيعهما.
٤ - مجموع ما يملكه الشريك من حصص بعد التصرف.
ويكون مديرو الشركة مسؤولين بالتضامن عن هذا السجل وصحة بياناته، ويكون للشركاء ولكل ذي مصلحة حق الاطلاع على هذا السجل.

following data:
1- The names, nationalities, addresses and professions of the Shareholders;
2- The number and value of shares owned by each Shareholder;
3- The transactions which take place with regards to the shares, indicating the date and the reason of the share transfer, the name of the transferor and the transferee and their signatures.
4- The total number of shares owned by the partner after the transaction.
The Company managers shall be jointly responsible for this Registry and the accuracy of the data recorded therein, and the partners and any concerned entity have the right to access it.

### مادة (18)
### الجمعية العامة للشركاء :

تكون للشركة جمعية عامة تتكون من جميع الشركاء، وتنعقد الجمعية بدعوة من المديرين مرة على الأقل في السنة خلال الأربعة أشهر التالية لنهاية السنة المالية للشركة، وذلك في الزمان والمكان المعينين في وثيقة تأسيس الشركة، ويجب أن يتضمن خطاب الدعوة تحديد مكان وزمان الاجتماع، وأن يرفق به جدول الأعمال وصور من الميزانية.

ويجب على المديرين دعوة الجمعية العامة للانعقاد إذا طلب ذلك مجلس الرقابة أو مراقب الحسابات أو عدد من الشركاء يملكون ما لا يقل عن (%20) من رأس المال، وتوجه الدعوة لحضور الجمعية العامة بموجب خطابات مسجلة ترسل إلى كل شريك قبل موعد انعقادها بواحد وعشرين يوماً على الأقل، ويجب أن يتضمن خطاب الدعوة تحديد مكان وزمان الانعقاد، وأن يرفق به جدول الأعمال وصورة من الميزانية.

وإذا لم تنعقد الجمعية العامة خلال المدة المحددة في هذه المادة، يكون للإدارة توجيه الدعوة خلال خمسة عشر يوماً من تاريخ انتهاء المدة المشار إليها، ويكون المديرون مسؤولين بالتضامن عن أي ضرر يلحق بالشركاء أو الغير من عدم انعقاد الجمعية العامة أو من تأخر هذا الانعقاد.

### Article (18)
Shareholders General Assembly
The Company shall have a General Assembly consisting of all the partners. The Assembly meeting shall be held upon convocation by the managers at least once a year during the four months after the end of the Company's fiscal year at the venue and date stipulated in the Company's Articles of Association. The convocation should include the precise venue and date of the meeting and the agenda, and a copy of the balance sheet should be attached thereto.
The managers are required to convene the General Assembly upon the request of the supervisory board, the accounts auditor or a number of partners who own shares not fewer than 20% of the Company's capital. The convocation to the General Assembly should be sent by registered mail to all the partners at least twenty-one days prior to the meeting. The convocation should include the precise venue and date of the meeting, the agenda and a copy of the balance sheet. If the General Assembly does not convene during the period specified in this Article, the Ministerial Department shall send out the convocation within fifteen days after the abovementioned deadline. The managers will be jointly responsible for any prejudice incurred by the partners or by third parties if the General Assembly does not hold session or is delayed.

الموثق

### مادة (19)
يعد المديرون عن كل سنة مالية ميزانية الشركة وحساب الأرباح والخسائر وتقريراً عن نشاط الشركة ومركزها المالي واقتراحاتهم بشأن توزيع الأرباح خلال شهرين من نهاية السنة المالية، وعلى المديرين أن يرسلوا صورة من

### Article (19)
The managers shall prepare, within two months after the end of the fiscal year, the Company's balance sheet and the profit and loss accounts for each fiscal year, as well as a report on the Company's activities and its



الأطـــــراف

Case 8:19-cv-01837-RGK-ADS Document 30-4 Filed 01/03/20 Page 9 of 16 Page ID #:611





نموذج ث/١

محضر توثيق رقم (....................)

financial status, and their recommendations regarding the distribution of the dividends. The managers should send copies of these documents, the report prepared by the supervisory board and the accounts auditor's report to the Ministerial Department and to each partner within one month after the date of the preparation of these documents. Each partner in a company without a supervisory board has the right to request the managers to convene the partners to the meeting to discuss these documents.

هذه الوثائق وصورة من تقرير مجلس الرقابة وصورة من تقرير مراقب الحسابات إلى الإدارة وإلى كل شريك، وذلك خلال شهر من تاريخ إعداد الوثائق المذكورة، ولكل شريك في الشركات التي لا يوجد بها مجلس رقابة أن يطلب من المديرين دعوة الشركاء إلى الاجتماع للمداولة في تلك الوثائق.

### Article (20)

Each partner may attend the meeting of the General Assembly irrespective of the number of shares he owns. He can delegate by special proxy another partner, who should not be a manager, to represent him at the Assembly. Each partner shall have a number of votes in due proportion to the shares he owns or represents.

### مادة (20)

لكل شريك حق حضور الجمعية العامة مهما كان عدد الحصص التي يملكها، وله أن ينيب عنه بتفويض خاص شريكاً آخر من غير المديرين لتمثيله في الجمعية، ويكون لكل شريك عدد من الأصوات بقدر عدد ما يملكه أو يمثله من حصص.

### Article (21)

The agenda of the annual meeting of the General Assembly shall include the following:
1- Discussion of the manager's report on the activities of the Company and its annual financial status and the report of the accounts auditor.
2- Discussion and ratification of the balance sheet and profit and loss accounts.
3- Determination of the dividend rate to be distributed among the partners.
4- Appointment of managers and directors, or the supervisory board, if any, and determination of their remunerations.
5- Appointment of an accounts auditor and determination of his emoluments.
6- Any other matters within their competence as per the Commercial Companies Law or the present Articles of Association

### مادة (21)

يجب أن يشتمل جدول أعمال الجمعية العامة في اجتماعها السنوي على الأعمال الآتية:
1 - مناقشة تقرير المدير عن نشاط الشركة ومركزها المالي خلال السنة وتقرير مراقب الحسابات.
2 - مناقشة الميزانية وحساب الأرباح والخسائر والتصديق عليها.
3 - تحديد نسب الأرباح التي توزع على الشركاء.
4 - تعيين المديرين، ومجلس المديرين أو أعضاء مجلس الرقابة إن وجدوا، وتحديد مكافآتهم.
5 - تعيين مراقب الحسابات وتحديد أتعابه.
6 - المسائل الأخرى التي تدخل في اختصاصها بموجب قانون الشركات التجارية أو هذه الوثيقة.

### Article (22)

The General Assembly cannot deliberate on matters other than those on the agenda, unless issues of a serious nature arise out of the meeting and require deliberation.
If any of the partners requests the inclusion

### مادة (22)

لا يجوز للجمعية العامة أن تتداول في غير المسائل الواردة في جدول الأعمال، إلا إذا تكشفت أثناء الاجتماع وقائع خطيرة تقتضي

الموثق

الأطـــــراف

........................-1   ........................-2   ........................-3
........................-4   ........................-5   ........................-6
........................-7   ........................-8   ........................-9

EXHIBIT 2, PAGE 23

نموذج ث/١

محضر توثيق رقم (.................)





| | |
|---|---|
| of a given point on the agenda, the managers are required to respond to the request; otherwise, he may appeal to the General Assembly whose decision in this regard is enforceable. | المداولة فيها. وإذا طلب أحد الشركاء إدراج مسألة معينة على جدول الأعمال، وجب على المديرين إجابة الطلب وإلا كان من حق الشريك أن يحتكم إلى الجمعية العامة، ويكون قرارها واجب التنفيذ. |

### Article (23)

Each partner has the right to discuss the items on the agenda, and the managers must respond to the questions of the partners. If any of the partners is not satisfied with the given answer, he can appeal to the General Assembly whose decision in this regard is enforceable.

### مادة (23)

لكل شريك حق مناقشة الموضوعات المدرجة على جدول الأعمال، ويكون المديرون ملزمين بالإجابة على أسئلة الشركاء، فإذا رأى أحد الشركاء أن الرد على سؤاله غير كاف احتكم إلى الجمعية العامة وكان قرارها واجب التنفيذ.

### Article (24)

The decisions of the General Assembly will not be deemed valid unless made with the approval of a number of partners who represent at least half of the Company's capital, unless the Company's Articles of Association stipulate a higher majority. If this majority is not reached at the first meeting, the partners shall be convoked for a second meeting within twenty-one days of the first meeting. The decisions at this meeting shall be made as per the majority of the votes represented thereat, unless otherwise stated in the Company's Articles of Association.

### مادة (24)

لا تكون قرارات الجمعية العامة صحيحة إلا إذا صدرت بموافقة عدد من الشركاء يمثل نصف رأس المال على الأقل،فإذا لم تتوفر هذه الأغلبية في الاجتماع الأول، وجب دعوة الشركاء لاجتماع ثان خلال الواحد والعشرين يوماً التالية للاجتماع الأول، وتصدر القرارات في هذا الاجتماع بأغلبية الأصوات الممثلة فيه

### Article (25)

The managers cannot participate in the voting on the decisions related to their exoneration from administrative liability or their removal.

### مادة (25)

لا يجوز للمديرين الاشتراك في التصويت على القرارات الخاصة بإبراء ذمتهم من المسؤولية عن الإدارة أو عزلهم

### Article (26)

The Company's Articles of Association cannot be amended, nor can the Company's capital be increased or decreased without the approval of a number of partners who represent 75% of the capital, unless the Company's Articles of Association stipulate, in addition to this quorum, a numerical majority of the partners. However, the partners' financial obligations shall not be increased without their unanimous approval.

### مادة (26)

لا يجوز تعديل وثيقة تأسيس الشركة ولا زيادة رأس مالها أو تخفيضه إلا بموافقة عدد من الشركاء يمثلون ثلاثة أرباع رأس المال، ومع ذلك لا يجوز زيادة التزامات الشركاء إلا بإجماعهم.

الموثق



الأطـــراف

......1  ......2  ......3
......4  ......5  ......6
......7  ......8  ......9

EXHIBIT 2, PAGE 24

نموذج ث/١

محضر توثيق رقم (..................)

### Article (27)

An in-depth report summarizing the discussions of the General Assembly should be written, and all the minutes and decisions of the General Assembly shall be filed in a special register kept in the Company's head office. Any partner may access it himself or through a representative, and he also has the right to see the balance sheet, the profit and loss accounts and the Company's annual report.

### Article (28)

In good faith and without prejudice to the rights of third parties, any decision made by the General Assembly or the partners in violation of the provisions of the Commercial Companies Law or the present Articles of Association shall be deemed null and void. However, the invalidation claim can only be used by the shareholders who opposed, in writing, the decision or by those who could not oppose it after becoming aware of it. The invalidation report entails the nullification of the decision for all the partners. The invalidation claim shall expire one year from the date of the abovementioned decision. Filing a case does not preclude the suspension of the implementation of the decision, unless the specialized court orders otherwise.

### Article (29)

The Company shall have one or more accounts auditors appointed by the General Assembly each year. The provisions appertaining to the accounts auditors of Joint Stock Companies shall apply to them.

### مادة (27)

يحرر محضر بملخص واف عن مناقشات الجمعية العامة، وتدون المحاضر وقرارات الجمعية في سجل خاص يودع بمقر الشركة، ويكون لأي من الشركاء الاطلاع عليها بنفسه أو بوكيل عنه، كما يكون له الاطلاع على الميزانية وحساب الأرباح والخسائر والتقرير السنوي.

### مادة (28)

مع عدم الإخلال بحقوق الغير حسن النية، يقع باطلاً كل قرار يصدر من الجمعية العامة أو من الشركاء بالمخالفة لأحكام قانون الشركات التجارية أو لنصوص هذه الوثيقة، ومع ذلك لا يجوز أن يطلب البطلان إلا الشركاء الذين اعترضوا كتابة على القرار أو الذين لم يتمكنوا من الاعتراض عليه بعد علمهم به. ويترتب على تقرير البطلان اعتبار القرار كأن لم يكن بالنسبة لجميع الشركاء، ولا تسمع دعوى البطلان بعد انقضاء سنة من تاريخ القرار المذكور، ولا يترتب على رفع الدعوى وقف تنفيذ القرار، ما لم تأمر المحكمة المختصة بغير ذلك.

### مادة (29)

يكون للشركة مراقب حسابات أو أكثر تعينهم الجمعية العامة كل عام، وتسري في شأنه الأحكام الخاصة بمراقبي الحسابات في شركات المساهمة.

الموثق

الأطـــــراف

1- ......... 2- ......... 3- .........
4- ......... 5- ......... 6- .........
7- ......... 8- ......... 9- .........

نموذج ث/١

محضر توثيق رقم (..................)

### Article (30)
10% of the Company's annual net profit should be deducted to build the legal reserve. The partners can decide to suspend this deduction when the reserve reaches 50% of the capital. The legal reserve can, by decision of the General Assembly, be used to cover the Company's losses or to increase its capital.

### Article (31)
Considering the provisions of the Commercial Companies Law No. (13), the profits and losses shall be allocated among the partners in proportion to their shares in the capital.

### Article (32)
All contracts, correspondences, clearances, advertisements and other documents issued by the Company should bear its name, type, head office and Commercial Registry number, as well as information about its capital.

### Article (33)
Company Transfer, Merger, Split and Acquisition
Considering the provisions of Article (271) through Article (289), the Company may undergo transfer, merger, split or acquisition in pursuance of the provisions of Chapter 10 of the Commercial Companies Law No. (11) of 2015.

### Article (34)
Company Fiscal Year
The Company's fiscal year shall commence on the first day of January and end on the last day of December of each year, except for the first year when it shall commence on the date of registration of the Company in the Commercial Registry and shall end on the last day of December of the following year.

### مادة (30)
يجب على الشركة أن تقتطع كل سنة نسبة (10%) من أرباحها الصافية لتكوين احتياطي قانوني، ويجوز للشركاء أن يقرروا وقف هذا الاقتطاع إذا بلغ الاحتياطي نصف رأس المال، ويجوز استخدام الاحتياطي القانوني في تغطية خسائر الشركة أو في زيادة رأس مالها بقرار من الجمعية العامة.

### مادة (31)
مع مراعاة أحكام المادة (13) من القانون ، توزع الأرباح والخسائر على الشركاء بنسبة حصصهم في رأس المال.

### مادة (32)
جميع العقود والمراسلات والمخالصات والإعلانات وغيرها من الأوراق التي تصدر عن الشركة، يجب أن تحمل اسمها وبياناً عن شكلها ومركزها الرئيسي ورقم قيدها في السجل التجاري ، و بيان عن مقدار رأس مال الشركة.

### مادة (33)
تحول الشركة وإندماجها وتقسيمها والإستحواذ عليها:
مع مراعاة أحكام المواد من (271) حتى (289) يجوز تحول الشركة وإندماجها وتقسيمها والإستحواذ عليها وفقاً للأحكام الواردة بالباب العاشر من قانون الشركات التجارية رقم (11) لسنة 2015.

### مادة (34)
السنة المالية للشركة:
تبدأ السنة المالية للشركة في أول يناير وتنتهي في آخر ديسمبر من كل عام، على أن السنة الأولى للشركة تبدأ من تاريخ قيدها في السجل التجاري إلى نهاية ديسمبر من العام التالي.

الموثق

الأطـــــراف

1- .......... 2- .......... 3- ..........
4- .......... 5- .......... 6- ..........
7- .......... 8- .......... 9- ..........

نموذج ث/١

محضر توثيق رقم (..................)

### Article (35)
**Company Termination and Dissolution**
The Company is dissolved for one of the following reasons:
1- The termination of the period set in the Company's Articles of Association, unless the partners agree to renew it pursuant to Article (4) of the present Articles of Association.
2- The fulfillment or the impossibility of the fulfillment of the purpose for which the Company was established.
3- Depletion of all or most of the funds of the Company in a way that makes it impossible to invest the remaining funds profitably.
4- Consensus of the partners to dissolve the Company before the expiration of its term, unless the Company's Articles of Association stipulate a given majority to dissolve it.
5- The merging of the Company into another one.
6- A court ruling dictating the Company's dissolution or declaration of bankruptcy.

### مادة (35)
**انقضاء الشركة وحلها :**
تحل الشركة لأحد الأسباب الآتية:
1 - انقضاء المدة المحددة في هذه الوثيقة ، ما لم يتفق الشركاء على تجديدها ، وفقاً للمادة رقم (4) من هذه الوثيقة .
2 - انتهاء الغرض الذي أسست الشركة من أجله أو استحالة تحقيقه.
3 - هلاك جميع أموال الشركة أو معظمها، بحيث يتعذر استثمار الباقي استثماراً مجدياً.
4 - إجماع الشركاء على حل الشركة قبل انتهاء مدتها، ما لم ينص في وثيقة تأسيس الشركة على حلها بأغلبية معينة.
5 - اندماج الشركة في شركة أخرى.
6 - صدور حكم قضائي بحل الشركة أو إشهار إفلاسها.

### Article (36)
The Company cannot be dissolved as a result of the withdrawal of one of the partners, his death, his impoundment, his declaration of bankruptcy or insolvency, unless the Company's Articles of Association stipulate otherwise.

### Article (37)
Should the losses of the Company reach half of the capital, the managers shall, within thirty days of the Company's reaching this level of loss, propose to the General Assembly to either make up for the capital deficit or dissolve the Company. The necessary majority to amend the Company's Articles of

### مادة (36)
لا تحل الشركة بانسحاب أحد الشركاء أو بوفاته أو بصدور حكم بالحجر عليه أو بإشهار إفلاسه أو بإعساره

### مادة (37)
إذا بلغت خسائر الشركة نصف رأس المال، وجب على المديرين خلال ثلاثين يوماً من بلوغ الخسارة هذا الحد، أن يعرضوا على الجمعية العمومية أمر تغطية رأس المال أو حل الشركة، ويشترط لصدور قرار الحل توفر الأغلبية

الموثق

الأطـــــراف
1- ............... 2- ............... 3- ...............
4- ............... 5- ............... 6- ...............
7- ............... 8- ............... 9- ...............

نموذج ث/١

محضر توثيق رقم (.................)

Association is required for the decision to dissolve the Company. If the managers neglect to convoke the partners or if the partners are unable to reach a decision regarding this matter, the managers or the partners, as the case may be, are jointly responsible for the liabilities of the Company resulting from their negligence.

### Article (38)
In all cases, the declaration of the decision to dissolve the Company should be registered in the Commercial Registry and published in two local daily newspapers, at least one of which should be in Arabic. This decision shall not be used as evidence against third parties except from the date of its publication. The implementation of this procedure should be followed up by the Company managers.

### Article (39)
Company Liquidation
Immediately upon its dissolution, the Company falls under liquidation. During the period of liquidation, the Company retains its legal identity to the extent needed for the liquidation process. The Company's name, during this period, should be followed by the phrase "under liquidation," written in a clear form.

### Article (40)
The liquidation of the Company shall be carried out in accordance with the provisions of Article (304) through Article (321) of the Commercial Companies Law No. (11) of 2015; nonetheless, other terms may be agreed upon.

### Article (41)
Litigation
Any dispute among the partners or between them

الموثّق

اللازمة لتعديل وثيقة تأسيس الشركة. وإذا أهمل المديرون دعوة الشركاء، أو إذا تعذر على الشركاء الوصول إلى قرار في هذا الموضوع، كان المديرون أو الشركاء، بحسب الأحوال، مسؤولين بالتضامن عن التزامات الشركة الناتجة عن إهمالهم.

### مادة (38)
في جميع الأحوال يجب إشهار قرار حل الشركة بقيده في السجل التجاري ونشره في صحيفتين يوميتين محليتين تكون إحداهما على الأقل باللغة العربية، ولا يحتج قبل الغير بهذا القرار إلا من تاريخ إشهاره، وعلى مديري الشركة، متابعة تنفيذ هذا الإجراء.

### مادة (39)
تصفية الشركة:
تدخل الشركة بمجرد حلها تحت التصفية، وتحتفظ خلال مدة التصفية بالشخصية المعنوية بالقدر اللازم لأعمال التصفية، ويجب أن يضاف إلى اسم الشركة خلال هذه المدة عبارة (تحت التصفية) مكتوبة بطريقة واضحة.

### مادة (40)
وتتم تصفية الشركة وفقاً للأحكام الواردة بالمواد من (304 حتى 321) من قانون الشركات التجارية رقم (11) لسنة 2015.

### مادة (41)
المنازعات :

الأطـــــراف
1- ........ 2- ........ 3- ........
4- ........ 5- ........ 6- ........
7- ........ 8- ........ 9- ........

نموذج ث/١

محضر توثيق رقم (.................)

and the legatees of a partner or their representatives regarding any of the terms and conditions of the Articles of Association shall be settled by the specialized courts in the State of Qatar, unless the Company's Articles of Association stipulate otherwise.

Article (42)

Any unspecified items in these Articles of Association shall be subject to the provisions of the Commercial Companies Law No. (11) of 2015

كل نزاع ينشأ بين الشركاء أو بينهم وبين ورثة أحدهم أو ممثليه خاص بأي شرط من شروط الوثيقة يكون الفصل فيه من اختصاص المحاكم المختصة بدولة قطر

**مادة (42)**

كل ما لم يرد به نص في هذه الوثيقة يطبق بشأنه أحكام قانون الشركات التجارية رقم (11) لسنة 2015 .

الموثق

حاتم التوثيق
دولة قطر
إدارة التوثيق

الأطـــــراف

-1
-2
-3
-4
-5
-6
-7
-8
-9

وزارة العدل
إدارة التوثيق
نموذج ث / 2
محضر توثيق رقم ( .............. )

| Article (43) Contract Copies | مادة (43) |
|---|---|
| These Articles of Association have been executed in ( 4 ) copies, one per each party for necessary action, a copy for the relevant Department at the Ministry of Economy and Commerce, a copy to be retained by the Notarization Department at the Ministry of Justice and a copy to be kept at the office of the Company. The partners have authorized to undertake the necessary incorporation procedures at the Companies Control Department and to file the Company with the Registrar of Commercial Companies, to that extent only. | **نسخ الوثيقة:** حررت هذه الوثيقة من (4) نسخ لكل شريك نسخة للعمل بموجبها ، ونسخة إلى كل من الادارة المختصة بوزارة الاقتصاد والتجارة ونسخة تحفظ بالشركة وقد وكل الشركاء في اتخاذ الإجراءات اللازمة للتأسيس بإدارة مراقبة الشركات وقيد الشركة بالسجل التجاري في حدود ذلك فقط . |

## توقيع الشركاء

| م | الاسم / Name | رقم إثبات الشخصية / Id Number | التوقيع / Signature |
|---|---|---|---|
| 1 | شركة السدرية القابضة ويمثلها السيد / محمد عبدالله على مطر المناعى<br>Company/Al-Sedriah Holding Represented By Mr.Mohd Abdulla A Al-Mannal | س ت / 32197<br>27663400507 | *(signature)* |
| 2 | شركة السلام العالمية للاستثمار المحدودة ويمثلها السيد / عبدالسلام عيسى عبدالسلام محمد ابو عيسى<br>Company/ SALAM INTERNATIONAL INVESTMENT LIMITED Represented By Mr.ABDULSALAM ISSA A M ABU ASSA | س ت / 20363<br>28263403252 | *(signature)* |
| 3 | طارق فؤاد<br>TAREK AHMED FOUAD | 26682600828 | *(signature)* |

## محضر توثيق

إنه في يوم الثلاثاء الموافق ٦ / ١ / ٨١. ٢م، بمقر إدارة التوثيق بوزارة العدل ، أمامنا نحن / اهل حسني الموثق بالإدارة، قد حضر أمامي الأشخاص الموقعون أعلاه وأبرزوا هذا المحرر طالبين توثيقه ، فدققت فيه وفي أهليتهم وهويتهم فلم أجد مانعاً قانونياً من توثيقه فتلوته عليهم وأفهمتهم الأثر القانوني المترتب عليه فأقروه و وقعوه أمامي.

إن إدارة التوثيق غير مسئولة عن محتويات هذا المحرر وعن الالتزامات الناشئة عنه .

الشاهد الأول :                                                     الشاهد الثاني :
الاسم : ..........................                                  الاسم : ..........................
الجنسية : .......................                                   الجنسية : .......................
بطاقة شخصية رقم : ..........                                       بطاقة شخصية رقم : ..........
التوقيع : .......................                                   التوقيع : .......................

الموثق