# EXHIBIT 4

Registration and Commercial Licenses Department

وزارة الاقتصاد والتجارة
Ministry of Economy and Commerce

إدارة التسجيل والتراخيص التجارية

## Commercial Registration Data

Issue Date: 24/12/2019

| | | | |
|---|---|---|---|
| Commercial Reg. No.: | 56630 | Tax Reg. No.: | 56630 |
| Trade Name: | Digital soula systems for information technologies | Trade Type: | |
| Creation Date: | 09/07/2012 | Expiry Date: | 07/07/2020 |
| Legal Form: | W.L.L | Capital: | 5000000 |
| Commercial Reg. Status: | Active Under Liquidation | Firm Nationality: | QATAR |
| No. of Branches: | 0 | | |

### Contact Information

| | | | |
|---|---|---|---|
| Mail Box: | 17693 | Contacts Numbers: | 40126616 |
| Email: | | | |

### Partners

| Name | Document No | CR No | Nationality | Percentage | Status |
|---|---|---|---|---|---|
| TAREK AHMED FOUAD | 26682600828 | | U K | 20% | Active |
| Al Sadreya Holding Co. | | 32197 | QATAR | 60% | Active |
| Alsalam International Co. for Investment ltd | | 20363 | QATAR | 20% | Active |

### Managers (Authorized Signatories)

| Name | Document No | CR No | Nationality | Designation (Authority) |
|---|---|---|---|---|
| MOHAMMAD HAMMOUDI | 26304000001 | | AUSTRIA | Liquidator - Full and Absolute Authority |

تشهد غرفة تجارة وصناعة قطر بآن المنشاة المذكورة اعلاه سجلت لدينا

Qatar Chamber certifies that the above mentioned establishment has been registered

Registration and Commercial Licenses Department

وزارة الاقتصاد والتجارة
Ministry of Economy and Commerce

إدارة التسجيل والتراخيص التجارية

Commercial Registration Data

## Business Activities

| Activity Name | Activity Code |
|---|---|
| Electronic network Consultations | 2001418 |
| Information technology services | 2002336 |
| Services related to computer | 724000 |

| Activity Name | Activity Code |
|---|---|
| Information Technology Consultancy | 7020903 |
| Providing expertise and comprehensive solutions and consulting in information systems | 721000 |
| Networks services of information technology | 2001449 |

CR No : 56630

غرفة قطر
QATAR CHAMBER

تشهد غرفة تجارة وصناعة قطر بأن المنشاة المذكورة اعلاه سجلت لدينا

Qatar Chamber certifies that the above mentioned establishment has been registered

دولة قطر
إدارة التسجيل والتراخيص التجارية • السجل التجاري • الرخص التجارية
وزارة الاقتصاد والتجارة