# EXHIBIT
# 7

EXHIBIT 7, PAGE 76



The Secretariat of the International Court of Arbitration
International Chamber of Commerce
33-43 avenue du President Wilson
75116 Paris,
France

5 September 2018

Your Ref          23698/AYZ

Our Ref           MD\MD\331327\201

Dear Sirs

**Digital Soula Systems (Qatar) -v- Qatar Armed Forces (Qatar)**
**Case Reference: 23698/AYZ**

We are in receipt of the latest letter from Mr Nammour of Dentons, purportedly served on behalf of the Claimant, the sole purpose of which appears to disrupt the arbitration commenced by Digital Soula Systems in June 2018.  Whilst this approach is not in and of itself unsurprising (and indeed it is entirely consistent with the issues we have drawn to the Secretariat's attention in our earlier correspondence), it seems clear to us that this matter cannot be efficiently resolved by the ICC, especially in circumstances where a Tribunal has not been convened.

You will be aware from the Arbitration Agreement (a copy of which was appended to the Request in June), the juridical seat of Arbitration is London.  Accordingly, rather than prolong matters in correspondence, we should be grateful if the Secretariat would take no further steps in relation to the Request for Arbitration until further notice.  We will now refer to the English High Court the procedural question of whether the Request has properly been served by Digital Soula Systems; and whether the egregious behaviour set out in our earlier correspondence as well as the conflicted position of the fellow shareholders, directors and Dentons properly prevents any attempt to nullify such Request as a matter of arbitral procedure.

We anticipate that the Court will want to consider in full the evidence provided and so anticipate that this process could take a number of weeks to conclude.

We will keep you apprised of any developments.

Yours faithfully

Cooley (UK) LLP

EXHIBIT 7, PAGE 77

4489893 v1