# EXHIBIT 8



# Claim Form
### (CPR Part 8)

| In the High Court of Justice |
|---|
| Business and Property Courts of England & Wales |
| Commercial Court (QBD) |

| Claim No. | |
|---|---|
| Fee Account no. | |
| Help with Fees – Ref no. (if applicable) | H W F - ☐☐☐ - ☐☐☐ |

Claimant

DIGITAL SOULA SYSTEMS

SEAL

Defendant(s)

TAREK AHMED FOUAD

Does your claim include any issues under the Human Rights Act 1998?    Yes ☐    No ☒

Details of claim *(see also overleaf)*

The Claimant seeks the following declaratory relief:

1. Instructions provided by a director of the Claimant company to its English lawyers, pursuant to an English law retainer for legal services, to commence arbitration proceedings in June 2018 were valid and were binding on the Claimant;

2. Ongoing instructions provided by a director of the Claimant company to its English lawyers in respect of such arbitration proceedings continue to bind the Claimant and can be relied upon by its English lawyers, provided that the instructing director is acting solely in the interests of the Claimant and without any conflict of interest;

3. The Claimant's lawyers are entitled to disregard instructions purportedly provided in the name of the Claimant by Lt. Col. Al-Mannai and Mr Abu Issa given the existence of conflicts of interest and their inability to act in the interests of the Claimant.

Defendant's name and address

c/o 69 OLD BROAD STREET
LONDON
EC2M 1QS

| | £ |
|---|---|
| Court fee | 528.00 |
| Legal representative's costs | |

| Issue date | |
|---|---|

For further details o[f...]
When corresponding [...] to the Manager and always quote the claim number.

N208 Claim form ([...])    © Crown copyright 2018
This form is reproduced [...].uk/HMCTS/FormFinder.do and is subject to Crown copyright protection. Contains public sector inform[...] Licence v4.0
4601070 v1

EXHIBIT 8, PAGE 79

|  | **Claim no.** |  |
|---|---|---|

**Details of claim** *(continued)*

Please see the attached witness statement of Tarek Ahmed Fouad dated 16 October 2018, together with Exhibits 1 to 27.

---

**Statement of Truth**
* The Claimant believes that the facts stated in these particulars of claim are true.
* I am duly authorised by the claimant to sign this statement

Full name : MARK DEEM

Name of claimant's legal representative's firm :  Cooley (UK) LLP

signed ___*[signature: Maryn Deem]*_____         position or office held :  PARTNER
        Claimant                                                                                            (if signing on behalf of firm or company)

*delete as appropriate*

Cooley (UK) LLP
69 Old Broad Street
London
EC2M 1QS

Claimant's or claimant's legal representative's address to which documents should be sent if different from overleaf. If you are prepared to accept service by DX, fax or e-mail, please add details.

4601070 v1

Find out how HM Courts and Tribunals Service uses personal information you give them when you fill in a form: https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/ personal-information-charter

4601070 v1

**IN THE HIGH COURT OF JUSTICE**

**BUSINESS & PROPERTY COURTS OF ENGLAND & WALES**          Claim No:

**COMMERCIAL LIST**

### DIGITAL SOULA SYSTEMS

<u>**Claimant**</u>

- and -

### TAREK AHMED FOUAD

<u>**Defendant**</u>

_____

### ORDER

_____

**UPON READING** the witness statement of Tarek Ahmed Fouad dated 16 October 2018

**IT IS DECLARED THAT**:

1. Instructions provided by a director of the Claimant company to its English lawyers, pursuant to an English law retainer for legal services, to commence arbitration proceedings in June 2018 were valid and were binding on the Claimant;

2. Ongoing instructions provided by a director of the Claimant company to its English lawyers in respect of such arbitration proceedings continue to bind the Claimant and can be relied upon by its English lawyers, provided that the instructing director is acting solely in the interests of the Claimant and without any conflict of interest; and

3. The Claimant's lawyers are entitled to disregard instructions purportedly provided in the name of the Claimant by Lt. Col. Al-Mannai and Mr Abu Issa given the existence of conflicts of interest and their inability to act in the interests of the Claimant.

4594143