# EXHIBIT 9

| | |
|---|---|
| **From:** | Dawson, Ian <Ian.Dawson@Justice.gov.uk> |
| **Sent:** | 22 January 2019 15:11 |
| **To:** | mdeem@cooley.com; Lawrence Northmore-Ball |
| **Subject:** | CL-2018-000676 DIGITAL SOULA SYSTEMS v. FOUAD |

Dear both,

Having considered the letters of 2nd & 11th January in the matter above, Mr Justice Andrew Baker has issued the following directions.

" In light of Cooley's response, I shall be striking this claim out of the court's own motion, with a liberty to apply.  I shall draft an Order for my clerk Clare Willis to issue"

Regards
Ian Dawson
Commercial Listing Clerk
Rolls Building
0207 947 7357

*For guidance on the Court's electronic filing system, please refer to* [https://www.gov.uk/guidance/ce-file-system-information-and-support-advice](https://www.gov.uk/guidance/ce-file-system-information-and-support-advice)

*For information on how HMCTS uses personal data about you please see:* [https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter](https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter)

This e-mail and any attachments is intended only for the attention of the addressee(s). Its unauthorised use, disclosure, storage or copying is not permitted. If you are not the intended recipient, please destroy all copies and inform the sender by return e-mail. Internet e-mail is not a secure medium. Any reply to this message could be intercepted and read by someone else. Please bear that in mind when deciding whether to send material in response to this message by e-mail. This e-mail (whether you are the sender or the recipient) may be monitored, recorded and retained by the Ministry of Justice. Monitoring / blocking software may be used, and e-mail content may be read at any time. You have a responsibility to ensure laws are not broken when composing or forwarding e-mails and their contents.