# EXHIBIT 10

EXHIBIT 10 , PAGE 85

| | |
|---|---|
| **From:** | CHAMIEH Amany <Amany.CHAMIEH@iccwbo.org> |
| **Sent:** | 08 February 2019 17:04 |
| **To:** | 'Deem, Mark'; 'zaher.nammour@dentons.com'; Cameron Doley; Lawrence Northmore-Ball |
| **Cc:** | ica5 |
| **Subject:** | ICC Case 23698/AYZ |
| **Attachments:** | Evaluation Form  EI to parties_fillable form.pdf |

Dear Sirs,

Following the application of Article 37(6) of the Rules, the claims are considered withdrawn as of 31 January 2019.

Therefore, we will close this arbitration. The US$ 5 000 filing fee paid by Claimant is non-refundable (Article 1(1) of Appendix III).

**Documents**

We may destroy any documents, communications or correspondence submitted (Article 1(8) of Appendix II), unless a party or an arbitrator requests that we return the same within **30 days** from the day following the receipt of this correspondence. If a party or an arbitrator does so, we will ask the requesting party or arbitrator to pay all related costs and expenses. Disbursements in connection with additional services may also be charged to the parties.

**Evaluation of our Services**

As the Court strives to improve its services, we invite you to complete the enclosed Evaluation Form which we encourage you to complete electronically and to return it to evaluation.arb@iccwbo.org. Your responses will be kept confidential.

Yours faithfully,

**Amany Chamieh** | Deputy Counsel | International Court of Arbitration®

33-43 avenue du Président Wilson, 75116 Paris, France  |  T +33 (0)1 49 53 28 16  |  amany.chamieh@iccwbo.org  |  www.iccwbo.org

 

---
Note to Parties and Arbitral Tribunals on the Conduct of the Arbitration under the ICC Rules of Arbitration: click here to download the latest version of the Note dated 1 January 2019.

Electronic communications: Please send your correspondence and any documents only electronically.

This message is confidential. If you have received this message in error, please delete it and notify the sender immediately. You should not retain the message or disclose its contents to anyone.

EXHIBIT 10 , PAGE 86



CASE N° _____

# EVALUATION FORM TO PARTIES

**Name of the person who fills this form:** _____

**Company or firm name (where applicable):** _____

**Role in the arbitration:** Please choose an answer

> **Please rank your answers according to your degree of satisfaction as follows:**
> **1: very poor**
> **2: poor**
> **3: satisfactory**
> **4: good**
> **5: excellent**

## Contact with the Secretariat

In your contact with the Secretariat, have you found the persons handling your file:

| | |
|---|---|
| Please choose an answer | Helpful |
| Please choose an answer | Available |
| Please choose an answer | Well informed about the file |
| Please choose an answer | Reliable |
| Please choose an answer | Polite |

*Add any comments if necessary:*

[                                         ]

## Financial Aspects

Taking account of the amount in dispute, the complexity of your case and the number of arbitrators, how would you rank the cost/benefit ratio of an ICC arbitration procedure as compared with:

| | |
|---|---|
| Please choose an answer | Court procedures |
| Please choose an answer | *Ad hoc* arbitration |
| Please choose an answer | Arbitration administered by other institutions |

EXHIBIT 10 , PAGE 87

© International Chamber of Commerce (ICC). All rights reserved. No part of this document may be reproduced or copied in any form or by any means, or translated, without the prior permission in writing of ICC.

## Financial Aspects (continued)

| | |
|---|---|
| Please choose an answer | Taking account of the amount in dispute and the complexity of your case, how would you rank the amount of the ICC arbitration costs (ICC administrative expenses, arbitrators' fees and expenses) as compared with the total costs incurred for the proceedings? |
| Please choose an answer | Taking account of the amount in dispute and the complexity of your case, how would you rank the amount of the ICC administrative expenses as compared with the total costs incurred for the proceedings? |
| Please choose an answer | Taking account of the amount in dispute and the complexity of your case, how would You rank the amount of the ICC administrative expenses as compared with the legal and other costs (i.e. in-house counsel, experts, etc.)? |

*Add any comments if necessary:*

## Speed

How would you assess the speed of the following stages of the procedure:

| | |
|---|---|
| Please choose an answer | Request for arbitration to the transmission of the file to the arbitral tribunal |
| Please choose an answer | Drafting of the Terms of Reference |
| Please choose an answer | Drafting of the award(s) |

*Add any comments if necessary:*

## Arbitral Tribunal

| | |
|---|---|
| Please choose an answer | How would you evaluate the overall performance of the arbitral tribunal? |

*Add any comments if necessary:*

EXHIBIT 10 , PAGE 88

© International Chamber of Commerce (ICC). All rights reserved. No part of this document may be reproduced or copied in any form or by any means, or translated, without the prior permission in writing of ICC.

## Overall satisfaction

[Please choose an answer]   How would you rank the overall quality of the service as compared to that offered by other institutions?

Would you put an ICC arbitration clause in your contract today?

◯ Yes     ◯ No

*Add any comments if necessary:*

[                                          ]

## General information

In how many ICC arbitrations have you already participated, excluding this case?

Do you generally submit your disputes to:

☐ Mediation/conciliation
☐ *Ad hoc* arbitration
☐ Institutional arbitration
   ☐ ICC
   ☐ Other institution (please specify): [          ]
☐ Court proceedings

Other forms of dispute resolution (please specify):

[                                          ]

EXHIBIT 10 , PAGE 89
© International Chamber of Commerce (ICC). All rights reserved. No part of this document may be reproduced or copied in any form or by any means, or translated, without the prior permission in writing of ICC.

**Comments, observations and suggestions** are welcome on any aspect of the ICC arbitration system. (Please use extra sheet(s) if necessary.)

*Use one of the following options to sign the document:*
1) *Copy your signature from a Word document and paste it in this form.*
2) *Draw your ink signature (click here for further assistance).*
3) *Add your electronic signature.*
4) *Print the form, sign it and scan it.*

**Date:**                                                **Signature:**

*The information provided in this form will be kept strictly confidential by the Secretariat. Please return the form to evaluation.arb@iccwbo.org.*

**Disclaimer**: The information requested in this form will be considered by the ICC for its Dispute Resolution Services, and will be stored in case management database systems. Pursuant to the French Law on "Informatique et Libertés" of 6 January 1978, particularly Articles 32 and 40, you may access this information and ask for rectification by writing to the Court's Secretariat.

EXHIBIT 10 , PAGE 90
© International Chamber of Commerce (ICC). All rights reserved. No part of this document may be reproduced or copied in any form or by any means, or translated, without the prior permission in writing of ICC.