# EXHIBIT 12



The Secretariat of the International Court of Arbitration
International Chamber of Commerce
33-43 avenue du President Wilson
75116 Paris, France

**BY EMAIL (ica5@iccwbo.org)**

23 April 2019

Your Ref        24282/AYZ

Our Ref        MD\MD\331327\201

Dear Sirs

**Digital Soula Systems (Qatar) -v- Qatar Armed Forces (Qatar)**
**Case Reference: 24282/AYZ**

We refer to the letter dated 8 April 2019. We also refer to the letters to the Secretariat dated 14 and 16 April 2019 from Carter Ruck LLP, which do nothing more than seek further to obfuscate matters and prevent the arbitration from moving forwards, despite the Respondent's very clear contractual agreement to arbitrate.

Against this background, our client has no other option but to withdraw its claim, in order to take its dispute to the Federal Court in the United States of America. Such withdrawal is strictly without prejudice to our client's ability subsequently to reintroduce proceedings before you, if so ordered.

Our client understands that – with regret – it will now forfeit the sums paid in good faith upon requesting arbitration in February 2019.

Yours faithfully

*Cooley (UK) LLP*

EXHIBIT 12, PAGE 102

5210702 v1