# EXHIBIT 13



3 May 2019/vhe

**24282/AYZ**
DIGITAL SOULA SYSTEMS (Qatar) **vs/** QATAR ARMED FORCES (Qatar)

| | | |
|---|---|---|
| <u>Counsel: Ms Asli Yilmaz</u> | (Tel: | + 33 1 49 53 28 32) |
| <u>Deputy Counsel: Mr Lukáš Paleček</u> | (Tel: | + 33 1 49 53 28 16) |
| | (Fax: | + 33 1 49 53 57 80) |
| | (Email: | <u>ica5@iccwbo.org</u>) |

Mr Mark Deem
COOLEY (UK) LLP
Dashwood
69 Old Broad Street
London EC2M 1QS
United Kingdom

<i>By email: mdeem@cooley.com</i>

Mr Cameron Doley
Mr Lawrence Northmore-Ball
CARTER-RUCK
6 St Andrew Street
London EC4A 3AE
United Kingdom

<i>By email: cameron.doley@carter-ruck.com<br>lawrence.northmore-ball@carter-ruck.com</i>

Dear Sirs,

Further to the Secretariat's correspondence dated 26 April 2019, we acknowledge receipt of Respondent's correspondence dated 30 April 2019, a copy of which was sent directly to the other party.

We note that Respondent does not object to the withdrawal of all claims.

Therefore, we will close this arbitration. The US$ 5 000 filing fee paid by Claimant is non-refundable (Article 1(1) of Appendix III).

**Documents**

We may destroy any documents, communications or correspondence submitted (Article 1(8) of Appendix II), unless a party or an arbitrator requests that we return the same within **30 days** from the day following the receipt of this correspondence. If a party or an arbitrator does so, we will ask the requesting party or arbitrator to pay all related costs and expenses. Disbursements in connection with additional services may also be charged to the parties.

…/…

INTERNATIONAL CHAMBER OF COMMERCE (ICC)
INTERNATIONAL COURT OF ARBITRATION                                                 www.iccarbitration.org

HEADQUARTERS
33-43 avenue
du Président Wilson
75116 Paris, France
T +33 (0)1 49 53 28 28
F +33 (0)1 49 53 29 33
E arb@iccwbo.org

HONG KONG OFFICE
Suite 2, 12/F Fairmont House
8 Cotton Tree Drive
Central, Hong Kong
T +852 3607 5600
F +852 2523 1619
E ica8@iccwbo.org

BRAZIL OFFICE
in affiliation with SCIAB LTDA.
rua Surubim, 504, Brooklin Novo
CEP 04571-050, Sao Paulo
Brazil
T +55 11 3040 8830
E ica10@iccwbo.org

NORTH AMERICA OFFICE
in affiliation with SICANA, Inc.
140 East 45th Street, Suite 14C
New York, NY 10017, USA
T +1 646 699 5704
F +1 646 737 9467
E ica9@iccwbo.org

SINGAPORE OFFICE
in affiliation with SICAS
32 Maxwell Road
#03-05B Maxwell Chambers
Singapore 069115
T +65 6805 9580
E ica11@iccwbo.org

EXHIBIT 13, PAGE 104

**24282/AYZ**                                                                                          Page 2

**Evaluation of our Services**

As the Court strives to improve its services, we invite you to complete the enclosed Evaluation Form which we encourage you to complete electronically and to return it to evaluation.arb@iccwbo.org. Your responses will be kept confidential.

Yours faithfully

Vladi Hennessee
Deputy Counsel
Secretariat of the ICC International Court of Arbitration

encl.    Evaluation Form



CASE N° 24282/AYZ

# EVALUATION FORM TO COUNSEL OR PARTIES

**Name of the person who fills this form:**

**Company or firm name (where applicable):**

**Role in the arbitration:** Please choose an answer

What would you say was the main reason for the withdrawal of your case? (tick as appropriate.)

◯ Settlement agreement

◯ Other (please explain)

**Please rank your answers according to your degree of satisfaction as follows:**
1: very poor
2: poor
3: satisfactory
4: good
5: excellent

## Contact with the Secretariat

In your contact with the Secretariat, have you found the persons handling your file:

| Please choose an answer | Helpful |
| Please choose an answer | Available |
| Please choose an answer | Well informed about the file |
| Please choose an answer | Reliable |
| Please choose an answer | Polite |

© International Chamber of Commerce (ICC). All rights reserved. No part of this document may be reproduced or copied in any form or by any means, or translated, without the prior permission in writing of ICC.

EXHIBIT 13, PAGE 106

*Add any comments if necessary:*

## Overall satisfaction

Please choose an answer    How would you rank the overall quality of the service as compared to that offered by other institutions?

Would you put an ICC arbitration clause in your contract today?

( ) Yes    ( ) No

*Add any comments if necessary:*

**Comments, observations and suggestions** are welcome on any aspect of the ICC procedure. (Please use extra sheet(s) if necessary.)

*Use one of the following options to sign the document:*
1) *Copy your signature from a Word document and paste it in this form.*
2) *Draw your ink signature (click here for further assistance).*
3) *Add your electronic signature.*
4) *Print the form, sign it and scan it.*

**Date:** _____    **Signature:** _____

*The information provided in this form will be kept strictly confidential by the Secretariat. Please return the form to evaluation.arb@iccwbo.org.*

**Disclaimer**: The information requested in this form will be considered by the ICC for its Dispute Resolution Services, and will be stored in case management database systems. Pursuant to the French Law on "Informatique et Libertés" of 6 January 1978, particularly Articles 32 and 40, you may access this information and ask for rectification by writing to the Court's Secretariat.

© International Chamber of Commerce (ICC). All rights reserved. No part of this document may be reproduced or copied in any form or by any means, or translated, without the prior permission in writing of ICC.

EXHIBIT 13, PAGE 107