# Exhibit 1

تاريخ الطباعة: 2018/06/25
صفحة رقم: No 1 of 1



**Registration and Commercial Licenses Department**

وزارة الاقتصاد والتجارة
Ministry of Economy and Commerce

إدارة التسجيل
والتراخيص التجارية

رخصة تجارية



| | | | |
|---|---|---|---|
| تاريخ اصدار الرخصة: | 2014/05/04 | رقم الرخصة: | 87516 |
| تاريخ انتهاء الرخصة: | 2019/07/24 | الأسم التجاري: | ديجيتال سولا سيستمز لتقنية المعلومات |
| رقم السجل التجاري: | 56630 | نوع المنشأة التجارية: | شركة |
| | | السمة التجارية: | |

**بيانات المدير المسؤول :**

اسم المدير المسئول: طارق فؤاد
رقم الإثبات: 26682600828

جنسية المدير المسئول: بريطانيا

**نموذج ختم المنشأة التجارية :**

**بيانات الموقع :**

| | | | |
|---|---|---|---|
| عقار رقم: | 68 | تصنيف الموقع: | تجاري |
| رقم الدور/ الوحدة: | 12 | نوع الموقع: | مكتب تجاري |
| اسم مالك العقار : | برج الدانة | المنطقة: | 61 الدفنة |
| نوع الرخصة : | | الشارع: | مركز المؤتمرات |
| وصف العنوان : | بلدية الدوحة / الدفنة +
القصار برج الدانة مقابل
السيتي سنتر | رقم الشارع : | 836 |

**الأنشطة التجارية :**

| رقم النشاط | اسم النشاط | رقم النشاط | اسم النشاط |
|---|---|---|---|
| 2001418 | استشارات الشبكة الالكترونية | 7020903 | استشارات تقنية المعلومات |
| 2002336 | خدمات تكنولوجيا المعلومات | 721000 | تقديم الخبرة والحلول الشاملة والاستشارات في نظم المعلومات |
| 724000 | الخدمات ذات الصله بالحاسب الالي | 2001449 | خدمات شبكات تقنية المعلومات |



مدير إدارة التسجيل والتراخيص التجارية

Print date: 25/06/2018
Page Number: 1 of 1

Registration and Commercial
Licenses Department

**Ministry of Economy and Commerce**

**Commercial License**

License number: 87516

License Issue Date: 04/05/2014

Commercial Name: Digital Soula Systems
  For Information Technology

License Expiry Date: 24/07/2019

Type of Commercial Establishment: Company   Registration Number: 56630

**Manager in Charge Information:**

Name of Manager in Charge: Tarek Fouad
ID number: 26682600828

Nationality of Manager in Charge: British

**Location Information:**

Location Classification: Commercial
Type of Location: Commercial Office
Area: 61 Al Dafnah
Street: Conference Center
Street Number: 836

Building Number: 68
Floor/Unit Number: 12
Owner's Name: Al Dana Tower
License Type:
Address Description: Doha Municipality, Al Dana
Tower, Opposite City Center

| Number | Activity Name |
|--------|---------------|
| 7020903 | Information Technology Consultancy |
| 721000 | Full Service Consultancy |
| 2001449 | Information Technology Networking Services |

| Number | Activity name |
|--------|---------------|
| 2001418 | Information Systems Consultancy |
| 2002336 | Information Technology Services |
| 724000 | Computer Related Services |

**Commercial Activity:**

Stamp of
Department of Registrations and Commercial Licenses
Ministry of Economy and Commerce Stamp

Manager of Department of Registrations and Commercial Licenses



# وزارة الاقتصاد والتجارة
## Ministry of Economy and Commerce

**Registration and Commercial Licenses Department**

إدارة التسجيل والتراخيص التجارية

مستخرج ببعض بيانات السجل التجارى

تاريخ الطباعة: 2018/06/25



| | | | |
|---|---|---|---|
| رقم التسجيل الضريبي: | 56630 | رقم السجل التجارى: | 56630 |
| السمة التجارية: | | الأسم التجارى: | ديجيتال سولا سيستمز لتقنية المعلومات |
| تاريخ انتهاء السجل: | 08/07/2019 | تاريخ انشاء السجل: | 09/07/2012 |
| راس المال: | 5000000 | الشكل القانونى: | شركة ذات مسئولية محدودة |
| جنسية المنشأة: | قطر | حالة السجل: | نشط |
| | | عدد الفروع: | 0 |

### معلومات الاتصال

| | | | |
|---|---|---|---|
| أرقام الاتصال: | 40126616 | صندوق البريد: | 17693 |

### الشركاء

| الحالة | النسبة | الجنسية | رقم السجل | رقم الإثبات | الأسم |
|---|---|---|---|---|---|
| نشط | 20 | قطر | 20363 | | شركة السلام العالمية للاستثمار المحدوده |
| نشط | 60 | قطر | 32197 | | شركة السدرية القابضة |
| نشط | 20 | بريطانيا | | 26682600828 | طارق   فؤاد |

### المدراء (المخولون بالتوقيع)


QATAR CHAMBER

تشهد غرفة تجارة و صناعة قطر بان المنشاة المذكورة اعلاه سجلت لديها
Qatar Chamber certifies that the above mentioned establishment has been registered



**وزارة الاقتصاد والتجارة**
Ministry of Economy and Commerce

Registration and Commercial
Licenses Department

إدارة التسجيل
والتراخيص التجارية

مستخرج ببعض بيانات السجل التجارى

| الأسم | رقم الإثبات | رقم السجل | الجنسية | الصفة (الصلاحية) |
|---|---|---|---|---|
| عبدالسلام عيسى عبدالسلام محمد ابوعيسى | 28263403252 | | قطر | صلاحيات كاملة ومطلقة - مدير |
| محمد عبدالله على مطر المناعى | 27663400507 | | قطر | صلاحيات كاملة ومطلقة - مدير |
| طارق فؤاد | 26682600828 | | بريطانيا | صلاحيات كاملة ومطلقة - مدير |

## الأنشطة التجارية

| اسم النشاط | الرقم |
|---|---|
| استشارات الشبكة الالكترونية | 2001418 |
| خدمات تكنولوجيا المعلومات | 2002336 |
| الخدمات ذات الصله بالحاسب الالى | 724000 |

| اسم النشاط | الرقم |
|---|---|
| استشارات تقنية المعلومات | 7020903 |
| تقديم الخبرة والحلول الشاملة والاستشارات فى نظم المعلومات | 721000 |
| خدمات شبكات تقنية المعلومات | 2001449 |

Page 2 of 2
رقم السجل : 56630

QATAR CHAMBER

تشهد غرفة تجارة و صناعة قطر بان المنشأة المذكورة اعلاه سجلت لديها
Qatar Chamber certifies that the above mentioned establishment has been registered

**State of Qatar**
**Ministry of Economy & Commerce**

**Registrations and Commercial
License Department**

**Copy of Commercial Registration Data**

Print Date:25/06/2018

Commercial Registration Number: 566305          Tax Registration Number: 56630
Commercial Name: Digital Soula Systems for
  Information Technology

Establishment Date: 09/07/2012          Expiry date: 08/07/2019
Legal Status: Limited Liability Company          Capital: 5000000
Commercial Registration status: Active          Nationality: Qatar
Number of Branches: 0

**Contact information**

Mailbox: 17693          Contact Number 40126616

**Partners**

| Name | ID number | Registration number | Nationality | Percentage | Status |
|------|-----------|----------------------|-------------|------------|--------|
| Salam International | | 20363 | Qatari | 20% | Active |
| Al Sedriah Holding | | 32197 | Qatari | 60% | Active |
| Tarek Fouad | 26682600828 | | British | 20% | Active |

Page 1 of 2
Registration Number: 55643

Qatar chamber certifies that the above mentioned establishment has been
registered

**State of Qatar**
**Ministry of Economy & Commerce**

**Registrations and Commercial**
**License Department**

### Copy of commercial Registration Data

**Manager (authorized signatories)**

| Name | ID number | Registration Number | Nationality | Authority |
|------|-----------|---------------------|-------------|-----------|
| AbdulSalam Issa A. M. AbuIssa | 28263403252 | | Qatari | Manager (full and unrestricted authority) |
| Mohamed Abdulla Ali Matar Al-Mannai | 27663400507 | | Qatari | Manager (full and unrestricted authority) |
| Tarek Fouad | 26682600828 | | British | Manager (full and unrestricted authority) |

**Commercial Activities**

| Number | Activity Name |
|--------|---------------|
| 2001436 | Information technology consultancy |
| 721000 | Full service consultancy |
| 2001449 | Information technology networking services |

| Number | Activity Name |
|--------|---------------|
| 2001418 | Information systems consultancy |
| 2002336 | Information technology services |
| 724000 | Computer related services |

Page 2 of 2
Registration Number: 55643

Qatar chamber certifies that the above mentioned establishment has been registered