# Exhibit 2

قسيمة الدفع
## Payment Voucher

| | | |
|---|---|---|
| Date: | 08-05-2018 | التاريخ: |
| Pay to M/S: | COOLEY (UK) LLP | يصرف الى السيد: |
| The sum of : | GBP Four Thousand Eight Hundred Sixty Only | مبلغ و قدره : |

| GBP | CENTS |
|---|---|
| 4,860 | 50 |

Cash / Check:   نقدا / شيك :

| رقم الشبك Cheque No. | لتاريخ Date | لبنك المسحوب عليه Bank |
|---|---|---|
| TT | 09-05-2018 | QNB |

Value of:   وذلك قيمة الآتى:

| Amount | | Description | Cost Centre |
|---|---|---|---|
| GBP | CENTS | | |
| 4,860 | - | Invoice no. 22683 - professional service for Falcon dispute | DSS |

Prepared by:  
Editha Agravante

Approved by:  
Auhtorized Signatory

Received by:

Date: 09-May-2018

M/S: QATAR NATIONAL BANK (QNB)

Doha – State of Qatar

<u>Subject: Bank Transfer</u>

To whom it may concern:

Kindly request to transfer from our QNB Bank A/C No. (0252-031821-001) equivalent of (GBP 4,860.00) (Great Britain Pound Four Thousand Eight Hundred Sixty Only), to the following Details.

| | |
|---|---|
| Beneficiary Name: | COOLEY (UK) LLP |
| Beneficiary Address: | 69 Old Broad Street London EC2M 1QS United Kingdom |
| Bank Name: | Royal Bank of Scotland |
| Bank Address: | 62/63 Threadneedle Street, London, EC2R 8LA |
| Sort Code: | 16-00-15 |
| A/C No.: | 11 0470 60 |
| Swift Code: | RBOSGB2L |
| IBAN No.: | GB07 RBOS 1600 1511 0470 60 |
| Payment Ref.: | Payment for invoice no. 22683 |

Note: The above bank transfer will be processed by Ms. Editha Reyes Agravante with QID no. 28860810364.

Faithfully Yours,

Authorized Signatory                    Authorized Signatory



| | | |
|---|---|---|
| Dashwood<br>69 Old Broad Street<br>London EC2M 1QS<br>United Kingdom | San Francisco, CA<br>Palo Alto, CA<br>San Diego, CA |
| Office: +44 (0) 20 7583 4055 | Los Angeles, CA |
| Fax: +44 (0) 20 7785 9355 | Broomfield, CO |
| | Seattle, WA |
| | New York, NY |
| | Reston, VA |
| www.cooley.com | Washington, DC |
| | Boston, MA |
| VAT Registration No: | |
| GB 201 8881 19 | Shanghai, P. R. China |
| | Beijing, P. R. China |

30 April 2018

Tarek Fouad
Digital Soula Systems
P.O. Box: 17693
12th Floor
Al Dana Tower
West Bay
Doha  Qatar
UAE

**Invoice Number:  22683**

331327-201

**Project Falcon Dispute**

For services rendered through 31 March 2018

| | | |
|---|---|---|
| Fees | £ | 4,860.00 |
| **Total Due on Current Invoice** .............................................. **£** | | **4,860.00** |

With Compliments

THIS INVOICE IS PAYABLE WITHIN 30 DAYS
PLEASE READ THE IMPORTANT NOTICE ON THE FOLLOWING PAGE

*Cooley (UK) LLP*

Cooley (UK) LLP is a limited liability partnership registered in England (registered number OC395270) and is authorized and regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK.

CL 01 21257



Page   2

331327-201
Project Falcon Dispute

Invoice Number: 22683

Notice

Our invoices are due and payable on delivery in full and without reduction or set off, unless otherwise agreed. Any bank or other charges incurred in making payment shall be borne by you. If you do not make payment within 30 days of delivery we may:

- charge interest on any amount billed and unpaid, calculated from the date of delivery of the invoice, at the rate of 2% per year over the base lending rate of The Royal Bank of Scotland plc or, at our option, at the rate which is from time to time allowed under the Late Payment of Commercial Debts (Interest) Act 1998, calculated from day to day, and

- retain documents and papers belonging to you, together with our own records.

You have the right, in the case of any invoice, whether it applies to contentious or non-contentious work, to have our charges assessed by the Court under the terms of the procedure contained in sections 70, 71 and 72 of the Solicitors Act 1974. There are time limits applicable to your exercise of this right. Your position will be strongest if you apply for the assessment within one month of delivery of the bill to you. As a general rule, you will lose the right to an assessment if application is not made within 12 months from delivery of the bill.

Bank Transfer Details:
Bank Name          Royal Bank of Scotland
Bank Address       62/63 Threadneedle Street, London, EC2R 8LA
Sort Code          16-00-15
Account Number     11047060
SWIFT/BIC          RBOSGB2L
IBAN               GB07 RBOS 1600 1511 0470 60
                   Please quote our invoice number in the payment details

This invoice may include charges for professional services rendered by fee earners of Cooley (UK) LLP.

Cooley (UK) LLP is a limited liability partnership registered in England (registered number OC395270) and is authorized and regulated by the Solicitors Regulation Authority. A list of members' names and their professional qualifications may be inspected at our registered office, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK.

CL 01 21257