# Exhibit 4



# Forensic Examination Report

**Prepared for:**

Webb & Carey APC

February 6, 2020

PROPRIETARY AND CONFIDENTIAL. DO NOT DISTRIBUTE.

247 West Fayette Street  ∗  Syracuse, NY 13202
Phone 315.579.3373  ∗  Fax 315.579.3370
www.securenetworkinc.com



# Table of Contents

**Table of Contents** ................................................................................................................. 2
1. Case Information ................................................................................................................ 3
    1.1. Client ............................................................................................................................ 3
    1.2. Investigator .................................................................................................................. 3
    1.3. Case Description ......................................................................................................... 3
2. Evidence Items ................................................................................................................... 3
    2.1. Provided Documents ................................................................................................... 3
3. Process ............................................................................................................................... 4
4. Findings ............................................................................................................................. 4



# 1. Case Information

## 1.1. Client

| | |
|---:|---|
| Company Name: | Webb & Carey APC |
| Address: | 402 West Broadway Ste 1230<br>San Diego CA 92101 |

## 1.2. Investigator

**Robert Clary**
Secure Network Technologies, Inc. – Syracuse, NY
315.579.3371
bob@securenetworkinc.com

Signature_____ Date 2/6/2020

## 1.3. Case Description

The client provided 5 digital documents via email attachments and requested that Secure Network Technologies, Inc. (SNT) extract the metadata contained in the files and create a report containing the extracted metadata.

# 2. Evidence Items

## 2.1. Provided Documents

| Filename | Extension | Logical Size | Initialized Size | Physical Size |
|---|---|---|---|---|
| | | | | |
| AirForce Role in Operations Other war_Final.docx | docx | 5,386,909 | 5,386,909 | 5,386,909 |
| CAOC_23color_60BW.docx | docx | 2,503,365 | 2,503,365 | 2,503,365 |
| Future of C4IS systems.pdf | pdf | 4,523,976 | 4,523,976 | 4,523,976 |
| outlines for the three studies_Rev2.docx | docx | 14,917 | 14,917 | 14,917 |
| Studies proposal.docx | docx | 26,761 | 26,761 | 26,761 |



## 3. Process

SNT received the documents via email on 2/5/2020. The documents were copied to a server for processing. The files were processed using the "Extract Metadata" function in GetData Forensic Explorer v5.1.

Note: The file system times are not meaningful due to the method of acquiring them. The times reflect email and copy times. The times in the "Extracted Metadata" section are accurate representations of the metadata contained in the files.

## 4. Findings

### *AirForce Role in Operations Other war_Final.docx*

```
--------------------------------------------------------------------------
1 - Highlighted File Information:
F:\Fred-West-Transfer\Tarek Fouad\AirForce Role in Operations Other war_Final.docx
--------------------------------------------------------------------------
Filename              AirForce Role in Operations Other war_Final.docx
Path                  F:\Fred-West-Transfer\Tarek Fouad\
Accessed              2/6/2020 1:02:08 PM
Modified              2/6/2020 7:26:56 AM
Created               2/6/2020 7:26:56 AM
IsDeleted             No
Sector Start          0
Logical Size          5,386,909
Physical Size         5,386,909
--------------------------------------------------------------------------
Extracted Metadata
--------------------------------------------------------------------------
@BOOKMARKED           TListOfEntries
MS Author             00p6097
MS Company            Raytheon
MS Created (UTC)      11/8/2013 2:00:00 AM
MS Edit Time          800
MS Last Saved by      00p6097
MS Modified (UTC)     11/9/2013 12:45:00 PM
MS Revision           176
MS Word Count         25631
ID                    0
```



*CAOC_23color_60BW.docx*

```
--------------------------------------------------------------------------------
2 - Highlighted File Information: F:\Fred-West-Transfer\Tarek Fouad\CAOC_23color_60BW.docx
--------------------------------------------------------------------------------
Filename           CAOC_23color_60BW.docx
Path               F:\Fred-West-Transfer\Tarek Fouad\
Accessed           2/6/2020 1:02:08 PM
Modified           2/6/2020 7:27:00 AM
Created            2/6/2020 7:27:00 AM
IsDeleted          No
Sector Start       0
Logical Size       2,503,365
Physical Size      2,503,365


--------------------------------------------------------------------------------
Extracted Metadata
--------------------------------------------------------------------------------
MS Author          00p6097
MS Company         Raytheon
MS Created (UTC)     2/18/2014 2:45:00 AM
MS Edit Time       59
MS Last Saved by     Sheraton
MS Modified (UTC)    2/22/2014 8:03:00 AM
MS Revision        8
MS Word Count        19617
```



*Future of C4IS systems.pdf*

```
-------------------------------------------------------------------------
3 - Highlighted File Information: F:\Fred-West-Transfer\Tarek Fouad\Future of C4IS systems.pdf
-------------------------------------------------------------------------
Filename              Future of C4IS systems.pdf
Path                  F:\Fred-West-Transfer\Tarek Fouad\
Accessed              2/6/2020 1:02:08 PM
Modified              2/6/2020 7:27:00 AM
Created               2/6/2020 7:27:00 AM
IsDeleted             No
Sector Start          0
Logical Size          4,523,976
Physical Size         4,523,976


-------------------------------------------------------------------------
Extracted Metadata
-------------------------------------------------------------------------
PDF Author            00p6097
PDF Creation Date          D:20140414220853-07'00'
PDF Modification Date      D:20140414220853-07'00'
PDF Owner Password         No
PDF Producer          Microsoft® Word 2010
PDF User Password          No
```



*outlines for the three studies_Rev2.docx*

```
--------------------------------------------------------------------------------
4 - Highlighted File Information: F:\Fred-West-Transfer\Tarek Fouad\outlines for the three studies_Rev2.docx
--------------------------------------------------------------------------------
Filename               outlines for the three studies_Rev2.docx
Path                   F:\Fred-West-Transfer\Tarek Fouad\
Accessed               2/6/2020 1:02:08 PM
Modified               2/6/2020 7:26:54 AM
Created                2/6/2020 7:26:54 AM
IsDeleted              No
Sector Start           0
Logical Size           14,917
Physical Size          14,917


--------------------------------------------------------------------------------
Extracted Metadata
--------------------------------------------------------------------------------
MS Author              00p6097
MS Company             Raytheon
MS Created (UTC)       1/27/2014 5:26:00 PM
MS Edit Time           14
MS Last Saved by       00p6097
MS Modified (UTC)      1/27/2014 5:45:00 PM
MS Revision            5
MS Word Count          672
```



*Studies proposal.docx*

```
--------------------------------------------------------------------------------
5 - Highlighted File Information: F:\Fred-West-Transfer\Tarek Fouad\Studies proposal.docx
--------------------------------------------------------------------------------
Filename              Studies proposal.docx
Path                  F:\Fred-West-Transfer\Tarek Fouad\
Accessed              2/6/2020 1:02:07 PM
Modified              2/6/2020 7:26:54 AM
Created               2/6/2020 7:26:54 AM
IsDeleted             No
Sector Start          0
Logical Size          26,761
Physical Size         26,761


--------------------------------------------------------------------------------
Extracted Metadata
--------------------------------------------------------------------------------
MS Author             القوة الجوية  (Air Force)
MS Created (UTC)      10/28/2015 3:23:00 AM
MS Edit Time          110
MS Last Saved by      user
MS Modified (UTC)     11/1/2015 7:23:00 PM
MS Revision           42
MS Word Count         1256
```