# Exhibit 5

**Subject:** Re: Digital Soula Systems Due Diligence (Qatar)
**Date:** Thursday, July 25, 2013 at 9:58:25 AM Pacific Daylight Time
**From:** TF
**To:** Amir

Dear Mr. Mohammadi,

Thank you for your email and introduction. Al Sedriah is owned by HE ShSheik Joaan Hamad Al-Thani. The company address is Al Sedriah, PO Box 18129.

Regards,

Tarek

---

**From:** Amir <​@raytheon.com>
**Date:** Tuesday, July 23, 2013 3:22 PM
**To:** Tarek Fouad <tfouad@
**Subject:** Digital Soula Systems Due Diligence (Qatar)

Dear Mr. Fouad,

My name is Amir Mohammad and I am Senior Manager at Raytheon International Inc. located outside Washington DC. I realize that you kindly completed some questionnaire forms in your capacity as the CEO of Soula Systems and Digital Soula Systems, copies of which were provided to our office. One of the responsibilities of our team, International Agreements, is to complete required due diligence on third parties with whom Raytheon would be engaged. In reviewing the completed Form E3-S for Soula Systems it was indicated that the parent companies to Soula Systems are Salam International (20%) and Al Sedriah (80%). We were able to find some information on Salam International through open media sources including Salam's extensive website. However, it appears that there is little information on Al Sedriah which with 80% ownership appears is a controlling party to Soula Systems. We would appreciate if you would kindly provide Al Sedriah's address as well as name and percentage of ownership of each owners in order for us to properly document these facts and complete our due diligence process.

Looking forward to hear from you and with warm regards,
Cordially,

Amir

Mohammadi
Senior Manager, International Agreements
Raytheon International Inc
1100 Wilson Boulevard, Suite 1600
Arlington, VA 22209 USA

+1 703 284 4437 (office)
+1 571 480 2650 (cell)
+1 703 524 1968 (fax)

amiram@raytheon.com
www.raytheon.com