# Exhibit 6



**State of Qatar**
Ministry of Economy & Commerce
Registration and Commercial Licenses Department



دولــــة قـــــطـــــر
وزارة الإقتصــــاد والتجــــارة
إدارة التسجيل والتراخيص التجارية

## مستخرج ببعض بيانات السجل

التاريخ: 2014/05/21    صفحة رقم: 1 من 2

| | | | | | |
|---|---|---|---|---|---|
| مقر رئيسي | | | | 32197 | رقم السجل التجاري |
| | | | | شركة السدرية القابضة | الاسم التجاري |
| | 2015/02/16 | تاريخ انتهاء السجل: | 2006/02/16 | تاريخ انشاء السجل: | |
| | 5 | عدد الفروع: | | ذ م م | نوع المنشأة |
| | | | | قطر | جنسية الشركة |
| | | | | | السمة |
| | | | | سجل تجاري | نوع السجل |
| | 4363581/5022799 | رقم الهاتف: | 18129 | ص.ب : | العنوان |
| | | | | 1000000 | رأس المال |

### الشركــاء

#### اشخاص طبيعيون

| الاسم | الجنسية | تاريخ الميلاد | النسبة |
|---|---|---|---|
| الشيخ جوعان حمد خليفه حمد ال ثاني | قطر | 1986 | 83.00 |
| محمد عبدالله علي مطر المناعي | قطر | 1976 | 17.00 |

### المخولون بالتوقيع

| الاسم | الصفة | الجنسية | تاريخ الميلاد |
|---|---|---|---|
| محمد عبدالله علي مطر المناعي | مدير | قطر | 1976 |
| خالد عبدالله علي مطر المناعي | مدير | قطر | 1969 |

### الأنشطة التجارية



www.mec.gov.qa

**State of Qatar**
Ministry of Economy & Commerce
Registration and Commercial Licenses Department



دولــــة قـــــطـــــر
وزارة الإقتصـــاد والتجــــارة
إدارة التسجيل والتراخيص التجارية

صفحة رقم: 2 من 2    التاريخ: 2014/05/21    رقم السجل التجاري: 32197

| | اسم النشاط | | |
|---|---|---|---|
| 1 | (510100) توكيلات تجاريه | 2 | (746150) خدمات تجارية في مجال الاستثمار |
| 3 | (312121) التجارة في مكائن ومستلزمات الطابوق | 4 | (528110) التجاره في مكائن واجهزه ومعدات مصانع الرخام والبلاط والجرانيت |
| 5 | (564030) التجارة في قطع غيار مصانع الرخام والبلاط والجرانيت | 6 | (2001635) تجارة الخامات والمواد الاولية |

## الفروع

| اسم الفرع | الرقم التسلسلي | حالة الفرع |
|---|---|---|
| مصنع السمسمية للطابوق والبلاط والانترلوك | 1 | مشطوب بتاريخ 2009/5/25 |
| مصنع السمسميه للمنتجات الاسمنتية | 2 | |
| الدوحه لاعادة اصلاح اطارات السيارات | 3 | |
| السمسمية لتجارة مواد البناء | 4 | |
| شركة الدوحة لطلاء المعادن | 5 | |

تشهد وزارة الأعمال و التجارة بأن البيانات الواردة أعلاه مطابقة لبيانات السجل التجاري. وقد أعطى له هذا المستخرج بناءً على طلبه.

ملاحظة هامة:
لاتقبل أي صورة فوتغرافية لهذه الشهادة ما لم تكن مصدقة من وزارة الأعمال و التجارة - إدارة الشؤون التجارية.

www.mec.gov.qa

**State of Qatar**
**Ministry of Economy & Commerce**
**Registrations and Commercial**
**Licenses Department**

## Copy of Commercial Registration Data

Page 1 of 2        Date: 21/05/2014

Commercial Registration Number: 32197                                       Head Office
Commercial Name: Al Sedriah Holding
    Registration Establishment Date: 16/02/2006        Expiry date: 16/02/2015
Legal Status: Limited Liability Company                Number of Branches: 5
Nationality: Qatar
Type
Registration Type: Commercial Registration
Address:  Mailbox: 18129         Contact number 436581/5022799

Capital: 1000000

**Partners**

**Persons**

| Name | Nationality | Birth Date | Percentage |
|---|---|---|---|
| Sheikh Joaan Hamad Khalifa Hamad Al-Thani | Qatar | 1986 | 83.00% |
| Mohamed Abdulla Ali Matar Al-Mannai | Qatar | 1976 | 17.00% |

**Manager (authorized signatories)**

| Name | Position | Nationality | Birth Date |
|---|---|---|---|
| Mohamed Abdulla Ali Matar Al-Mannai | Manager | Qatar | 1976 |
| Khalid Abdulla Ali Matar Al-Mannai | Manager | Qatar | 1969 |

**Commercial Activities**

Stamp of Ministry Economy & Commerce

www.mec.gov.qa

**State of Qatar**
**Ministry of Economy & Commerce**
**Registrations and Commercial**
**Licenses Department**

Page 2 of 2          Date: 18/02/2013          Commercial Registration Number: 32197

## Commercial activity

| Name of Activity |
|---|
| 1 (510100) Commercial Agencies     2 (746150) Commercial Services in Investment Field
3 (312121) Trading in Machines and Bricks
4 (528110) Trading in Machines and Bricks, Porcelain and Granit Factories Equipment
5 (564030) Trading in Spare Parts for Bricks, Porcelain and Granit Factories
6 (2001635) Trading in Raw Materials |

## Branches

| Branch Name | Serial Number | Branch Status |
|---|---|---|
| Sehmiyah Factory for Bricks, Tiles and Interlock Bricks | 1 | Cancelled as of 25/5/2009 |
| Sehmiyah Factory for Cement | 2 | |
| Doha for Tire Repairs | 3 | |
| Sehmiyah trading for Building MAterials | 4 | |
| Doha Company for Metal Paint | 5 | |

The Ministry of Business and Commerce testifies that all of the above information is identical to the information in the Commercial Registration and this copy was given upon his request.

Important note:
Copies of this certificate shall not be accept unless stamped by the Ministry of Business and Commerce – Commercial Affairs Department

Stamp of Ministry Economy & Commerce
www.mec.gov.qa

State of Qatar
Ministry of Business & Trade
Registration and Commercial Licenses Department



دولة قطر
وزارة الأعمال والتجارة
إدارة التسجيل والتراخيص التجارية

## رخصة تجارية

مكتب تجاري

| رقم الرخصة: 53251 | رقم الطلب: 2012/2867 |
|---|---|
| الجنسية : قطري | البطاقة الشخصية: |
| | اسم المرخص له: الشيخ جوعان بن حمد بن خليفة ال ثاني وشريكه |
| الجنسية قطري | البطاقة الشخصية: 27663400507 |
| | المدير المسؤول: محمد عبدالله على مطر المناعي |
| | الاسم التجاري: شركة السدرية القابضة (ذ م م) |
| | نوع العمل: توكيلات تجارية وخدمات تجارية في مجال الاستثمار |
| شارع: 840 - التأمين | موقع المحل: 60 - الدفنة |
| ملك: شركة قطر للتأمين العقارية | عقار رقم: |

صدرت هذه الرخصة بموجب القانون رقم ? لسنة 1975 وهي المرخص له مراعاة الالتزام بأحكام القانون ولوائحه التنفيذية بالاضافة إلى اشتراط الخاصة بالترخيص وبعد ضرورة تجديدها و الموعد المحدد وإخطار الإدارة فور حدوث أية تعديلات في البيانات أعلاه.

0-12197

| تاريخ الإصدار: 2012-02-29 |
|---|
| تاريخ الإنتهاء: 2014-03-08 |

مدير إدارة التسجيل والتراخيص التجارية

**State of Qatar**
**Ministry of Business and Commerce**
**Registrations and Commercial**
**License Department**

## Commercial License

## Commercial Office

License number: 53251                    Request Number: 2012/2867

Identification Card:
Licensee Name: Sheikh Joaan Hamad Khalifa Hamad Al-Thani and his partner
Nationality: Qatari

Identification Card: 27663400507
Manager in Charge: Mohamed Abdulla Ali Matar Al-Mannai
Nationality: Qatari

Commercial Name: Al Sedriah Holding (with Limited Liability)

Location: 60- Al Dafnah          Street: 840 Al Ta'ameen
Building Number:                 Owner: Qatar Insurance Company Real Estate

This license was issued in accordance with law number 3 of 1975 and the licensee must adhere to the laws and regulations in additions to the special conditions related to the license including renewal on the required date and informing the department of any changes in the aforementioned information.   0-33 97

Date issued: 29/2/2012
Date of Expiration: 8/3/2014

Signed and stamped by the manager of Registration and Commercial Licenses