# Exhibit 7

# TRS Studies

"Tarek Fouad" [tfouad@█████████████]

**Sent:** 8/30/2014 9:14 AM

**To:** ""█████████████████████████████████████

Dear █████,

I received the following email and & RFQ document (two attachments) from TRS.   As per our previous conversation, we shouldn't get involved with these studies.  I wasted to share them with you before I inform them that we will not be able to respond to their request for quote.

Regards,
Tarek

**Attachments:**   RFQ TRS.pdf    Qatar Studies SOW_31July14-2.pdf

Copyright © 2003-2020. All rights reserved.