# Exhibit 8

Sunday, August 23, 2015 at 6:46:23 PM Pacific Daylight Time

**Subject:** FW: Please confirm this email - FOREIGN OFFEROR REGISTRATION DATA FORM (CRINT-003) required for Avyara Information Systems
**Date:** Friday, July 3, 2015 at 11:18:00 AM Pacific Daylight Time
**From:** Tarek Fouad
**To:** ▮▮▮soulasystems.com

Salam,

They are asking for your office and mobile numbers. As I mentioned to you and Mohamed Almannai, we should decline this project.

Regards,
Tarek

---

**From:** George ▮▮▮ <▮▮▮@raytheon.com>
**Date:** Tuesday, June 30, 2015 at 11:34 AM
**To:** <tfouad@soulasystems.com>
**Cc:** ▮▮▮<▮▮▮soulasystems.com>, Saleh ▮▮▮ <▮▮▮@raytheon.com>
**Subject:** Please confirm this email - FOREIGN OFFEROR REGISTRATION DATA FORM (CRINT-003) required for Avyara Information Systems

Tarek,

Please confirm that Mr. ▮▮▮ received the below email regarding **"FOREIGN OFFEROR REGISTRATION DATA FORM CRINT-003 (02/14)"** for Avyara Information Systems. Also, please provide his telephone numbers, both office and cell numbers. Thank you for your kind assistance.

Best Regards,

George ▮▮▮
Supply Chain Management
Thales Raytheon Systems Company LLC
1801 Hughes Drive
Fullerton  California  92834
(714) 446 4767
gtsams@raytheon com

This message  including any attached files  may be legally privileged and is solely for the intended recipient   f you received this e mail in error  please destroy it and notify me immediately by reply e mail or phone  Any unauthorized use  dissemination  disclosure  copying  or printing is strictly prohibited  This document may contain technical data  the use of which is restricted by the U S  Arms Export Control Act  This data has been provided in accordance with  and is subject to  nternational Traffic in Arms Regulations ( TAR)  By accepting this data  the consignee agrees to honor the requirements of the  TAR

Forwarded by George T Sams/RWS/Raytheon/US on 06/30/2015 11 16 AM

From   George▮▮▮/Raytheon/US
To    ▮▮▮<▮▮▮soulasystems com>
Cc   Saleh ▮▮▮/Raytheon@R N
Date  06/29/2015 02 58 PM
Subject   FORE GN OFFEROR REG STRAT ON DATA FORM (CR NT 003)  needed for Avyara  nformation Systems

*(See attached file: CRINT-003(0214).pdf)*

Dear Mr. ▮▮▮▮▮▮▮▮,

Your office is requested to complete, sign, and return the enclosed form, **FOREIGN OFFEROR REGISTRATION DATA FORM CRINT-003 (02/14)** for Avyara Information Systems by 6 July 2015.   We need specific company information to add your firm to our supplier database (WEB ESD).  Avyara Information Systems is considered a new company to TRS because we have  not issued a purchase order directly to Avyara Information Systems.  (NOTE: Soula Systems is in our database, but the pending RFP to be forwarded to your office will be for Avyara Information Systems.)   Should you have any questions, please contact me.  Thank you for your assistance.

Best Regards,


▮▮▮▮▮  ▮▮▮▮▮
Supply Chain Management
Thales Raytheon Systems Company LLC
1801 Hughes Drive
Fullerton  California  92834
(714) 446 4767
▮▮▮▮▮@raytheon com

This message  including any attached files  may be legally privileged and is solely for the intended recipient   f you received this e mail in error  please destroy it and notify me immediately by reply e mail or phone  Any unauthorized use  dissemination  disclosure  copying  or printing is strictly prohibited This document may contain technical data  the use of which is restricted by the U S  Arms Export Control Act  This data has been provided in accordance with  and is subject to   nternational Traffic in Arms Regulations ( TAR)  By accepting this data  the consignee agrees to honor the requirements of the  TAR