# Exhibit 9

# FW: Proprietary Information Agreement (PIA).for the Studies Statement of Work (SOW)

"Tarek Fouad" [tfouad@ ████████]

**Sent:** 8/16/2015 8:35 PM

**To:** ""Mohd Al-Mannai"" <almannaimohd@gmail.com>, ████████████████ @soulasystems.com>

Salam Gentlemen,

I received the email below from Raytheon's procurement for the study.  My recommendation is we tell them we will pass on this project.  I will reply to George once I have received your agreement with my recommendation.

Regards,
Tarek

**From:** George ████████ @raytheon.com>
**Date:** Sunday, August 16, 2015 at 5:27 AM
**To:** <tfouad@ ████████████>
**Subject:** Proprietary Information Agreement (PIA).for the Studies Statement of Work (SOW)

Tarek,

*(See attached file: PIA_AVYARA14May2015.pdf)*

Our office it trying to contact you regarding the enclosed Proprietary Information Agreement (PIA), and the Studies Activity.  <u>Please provide your cell telephone number.</u>    Is your office number 974-4428-4428?

Please review the PIA and provide any corrections that are needed.    After the PIA is signed, the Study Statement of Work (SOW) will be sent to your office.  (NOTE:  Because the SOW is marked proprietary, the SOW cannot be forwarded to your office until the PIA is signed.)

We look forward to working with you.  Please verify that Avaya Information Systems is still interested in supporting the Studies. Thank you for your assistance.

Best Regards,

George ████
Supply Chain Management
Thales-Raytheon Systems Company LLC
1801 Hughes Drive
Fullerton, California  92834
(714) 446-4767
████ @raytheon.com

This message, including any attached files, may be legally privileged and is solely for the intended recipient. If you received this e-mail in error, please destroy it and notify me immediately by reply e-mail or phone. Any unauthorized use, dissemination, disclosure, copying, or printing is strictly prohibited This document may contain technical data, the use of which is restricted by the U.S. Arms Export

Case 8:19-cv-01837-RGK-ADS   Document 44-9   Filed 02/10/20   Page 3 of 3   Page ID #:1589

Control Act. This data has been provided in accordance with, and is subject to, International Traffic in Arms Regulations (ITAR). By accepting this data, the consignee agrees to honor the requirements of the ITAR.

**Attachments:**     PIA_AVYARA14May2015.pdf

Copyright © 2003-2020. All rights reserved.