# Exhibit 10

Sunday, August 23, 2015 at 6:42:07 PM Pacific Daylight Time

**Subject:** Re: Proprietary Information Agreement (PIA).for the Studies Statement of Work (SOW)
**Date:** Monday, August 17, 2015 at 10:33:52 PM Pacific Daylight Time
**From:** Tarek Fouad
**To:**
**CC:** Mohd Al-Mannai

Salam,

In my meetings with Nasser in California he suggested twice we should invite QAF to invest in DSS and become a shareholder.  <u>It means a lot when it is coming from the client</u>.  We are being seriously considered for a QR49 million college project.  We me the first three milestones of the consultancy project and as of today's status update, we are on track on meeting milestone 4.  We are owed QR9.5 mil in this project and I am sure project value will increase in shaa Allah because of the increase in the project's scope of work.  I personally believe we have a good chance of having QAF as a shareholder if we seriously pursue it.  I don't think we should risk it all.

The decision now is up to you and Mohamed. If you both decide to move forward, I believe George knows you are the point of contact for this project and already sent you a number of emails about it.  Sorry I can't help but we agreed I won't be involved when we talked in Doha.

Regards,
Tarek

---

**From:** @soulasystems.com>
**Date:** Sunday, August 16, 2015 at 9:12 PM
**To:** Tarek <tfouad@
**Cc:** Mohd Al-Mannai <almannaimohd@gmail.com>
**Subject:** Fwd: Proprietary Information Agreement (PIA).for the Studies Statement of Work (SOW)


Sent from my iPhone

Begin forwarded message:

> **From:** @soulasystems.com>
> **Date:** ١٧ أغسطس، ٢٠١٥ ٧:٠٠:٣٩ ص جرينتش+٣
> **To:** Tarek Fouad <tfouad@
> **Cc:** Mohd Al-Mannai <almannaimohd@gmail.com>
> **Subject: Re: Proprietary Information Agreement (PIA).for the Studies Statement of Work (SOW)**
>
> Salam every body as we know that our financial situation is in red and we didn't add any single riyal to our company we should not let any opportunity  to go a way and this study is our support for our company's we should agree in that and finalize  it and at least we get 100 k US dolor instead if letting this money go away and our support as well.
> N Alkaabi
>
> Sent from my iPhone
>
> On ٢٠١٥/٠٨/١٧, at ٦:٣٥ ص, Tarek Fouad <tfouad@                   wrote:

Salam Gentlemen,

I received the email below from Raytheon's procurement for the study. My recommendation is we tell them we will pass on this project. I will reply to George once I have received your agreement with my recommendation.

Regards,
Tarek

**From:** George ▮▮▮▮▮▮▮▮ <@raytheon.com>
**Date:** Sunday, August 16, 2015 at 5:27 AM
**To:** <tfouad@▮▮▮▮▮▮▮▮>
**Subject:** Proprietary Information Agreement (PIA).for the Studies Statement of Work (SOW)

Tarek,

(See attached file: PIA_AVYARA14May2015.pdf)

Our office it trying to contact you regarding the enclosed Proprietary Information Agreement (PIA), and the Studies Activity. <u>Please provide your cell telephone number.</u> Is your office number 974-4428-4428?

Please review the PIA and provide any corrections that are needed.    After the PIA is signed, the Study Statement of Work (SOW) will be sent to your office. (NOTE: Because the SOW is marked proprietary, the SOW cannot be forwarded to your office until the PIA is signed.)

We look forward to working with you. Please verify that Avaya Information Systems is still interested in supporting the Studies. Thank you for your assistance.

Best Regards,

George ▮▮▮▮
Supply Chain Management
Thales-Raytheon Systems Company LLC
1801 Hughes Drive
Fullerton, California  92834
(714) 446-4767
▮▮▮▮@raytheon.com

This message, including any attached files, may be legally privileged and is solely for the intended recipient. If you received this e-mail in error, please destroy it and notify me immediately by reply e-mail or phone. Any unauthorized use, dissemination, disclosure, copying, or printing is strictly prohibited This document may contain technical data, the use of which is restricted by the U.S. Arms Export Control Act. This data has been provided in accordance with, and is subject to, International Traffic in Arms Regulations (ITAR). By accepting this data, the consignee agrees to honor the requirements of the ITAR.

<PIA_AVYARA14May2015.pdf>