# Exhibit 11

**Osoul Trading & Contracting** (W. L. L.)

Tel. :
C. R. No. : 73943
P. O. Box : 10761 - Doha - Qatar
E-mail : osoul2016@gmail.com

شركة أصول للتجارة والمقاولات (ذ.م.م.)

هاتــف :
س . ت : ٧٣٩٤٣
ص . ب : ١٠٧٦١ - الدوحة - قطر
بريد إلكتروني : osoul2016@gmail.com

**Invoice** / فاتورة

014

Date 15/9/2014   التاريخ :

Mr. / Messrs  Avyara   السيد / السادة :

| الرقـم Item | DESCRIPTION / التفاصيل | الكميـة Qty. | سعر الوحدة Unit Price ريـال QRs. | المبلـغ Amount ريـال QRs. |
|---|---|---|---|---|
| | Cost of study No 3 with Consultant servises and matrials | | | 796,331 |
| | | | | |

TOTAL  Seven hundred and ninty six Thousand and Three hundred and Thirty one Qatari Ryails.   المجموع :  796,331

Receiver Sig. / توقيع المستلم :           Salesman Sig. / توقيع البائع :

**Osoul Trading & Contracting** (W. L. L.)

Tel. :
C. R. No. : 73943
P. O. Box : 10761 - Doha - Qatar
E-mail : osoul2016@gmail.com



شركة أصول للتجارة والمقاولات (ذ.م.م.)

هاتــف :
س . ت : ٧٣٩٤٣
ص . ب : ١٠٧٦١ - الـدوحـة - قطـر
بريد إلكتروني : osoul2016@gmail.com

013

فـاتـورة
**Invoice**

Date 10/8/2014 التاريخ :

Mr. / Messrs  AVyara

السيد / السادة :

| الرقـم Item | DESCRIPTION  التفاصيــل | الكميــة Qty. | سعر الوحدة Unit Price ريال QRs. | المبلــغ Amount ريال QRs. |
|---|---|---|---|---|
| | Study No. 2 This cost include the consultant serveries and documents and Matirials. | | | 637,065 |
| | | | | |
| TOTAL Six hundred and Thirty seven Thousand and Sixty five Qatari Ryails.  المجموع : | | | | 637,065 |

Receiver Sig.  توقيع المستلم :        Salesman Sig.         توقيع البائع

**Osoul Trading & Contracting** (W. L. L.)

Tel. :
C. R. No. : 73943
P. O. Box : 10761 - Doha - Qatar
E-mail : osoul2016@gmail.com

شركة أصول للتجارة والمقاولات (ذ.م.م.)

هاتف :
س . ت : ٧٣٩٤٣
ص . ب : ١٠٧٦١ - الدوحة - قطر
بريد إلكتروني : osoul2016@gmail.com

012

فاتورة
**Invoice**

Date 1/6/2014     التاريخ :

Mr. / Messrs  AVYara                                             السيد / السادة :

| الرقم<br>Item | DESCRIPTION    التفاصيل | الكمية<br>Qty. | سعر الوحدة<br>Unit Price<br>ريال QRs. | المبلغ<br>Amount<br>ريال QRs. |
|---|---|---|---|---|
|  | Making all the matrials and cost of the consultant services for the studay No. 1 |  |  | 1,751,928 |

[Stamp: Osoul Trading & Contracting - Doha - Qatar]

TOTAL  One milion and Seven hundred and Fivity one Thousand and nine hundred and Twenty eight Qatari Ryals   المجموع :   1,751,928

Receiver Sig. ......................    توقيع المستلم :       Salesman Sig. ....[signature]....    توقيع البائع

# Osoul Trading & Contracting (W. L. L.)

شركة أصول للتجارة والمقاولات (ذ.م.م.)

Tel. :  
C. R. No. : 73943  
P. O. Box : 10761 - Doha - Qatar  
E-mail : osoul2016@gmail.com

هاتـف :  
س . ت : ٧٣٩٤٣  
ص . ب : ١٠٧٦١ - الـدوحـة - قطـر  
بريد إلكتروني : osoul2016@gmail.com

№ 0003

فـاتـورة  
**Invoice**

Date 6/2/2017 التاريخ :

Mr. / Messrs Avyara Information systems    السيد / السادة :

| الرقم<br>Item | DESCRIPTION / التفاصيل | الكمية<br>Qty. | سعر الوحدة<br>Unit Price<br>ريال QRs. | المبلغ<br>Amount<br>ريال QRs. |
|---|---|---|---|---|
| | Studay No2 items (No2) For 6 consultants | 2 | 141,666.66 | 850,000.00 |
| | | | | 850,000.00 |
| TOTAL Eight hundred and firty Thousand Qatari Rayals المجموع | | | | 850,000.00 |

Receiver Sig. _____   توقيع المستلم :   Salesman Sig.    توقيع البائع

# Osoul Trading & Contracting (W. L. L.)

Tel. :
C. R. No. : 73943
P. O. Box : 10761 - Doha - Qatar
E-mail : osoul2016@gmail.com

# شركة أصول للتجارة والمقاولات (ذ.م.م.)

هاتـف :
س . ت : ٧٣٩٤٣
ص . ب : ١٠٧٦١ - الـدوحـة - قطـر
بريد إلكتروني : osoul2016@gmail.com

№ 0002

## فاتورة / Invoice

Date 7/1/2017   التاريخ :

Mr. / Messrs  Avyara information Systems   السيد / السادة :

| الرقم / Item | DESCRIPTION / التفاصيل | الكمية / Qty. | سعر الوحدة / Unit Price (QRs.) | المبلغ / Amount (QRs.) |
|---|---|---|---|---|
|  | Study No 2 For 6 Consultants | 6 | 141,666.66 | 850,000.00 |

TOTAL  Eight hundred and Fifty thousand Qatari Ryals   المجموع :   850,000.00

Receiver Sig.   توقيع المستلم :            Salesman Sig.            توقيع البائع