# Exhibit 12

 

A/C PAYEE ONLY
بنك قطر الوطني ش.م.ق، الدوحة، قطر
Qatar National Bank SAQ, Doha, Qatar

Cheque No. 000841    634-001/054

Date **28-March-2016**

Pay against this cheque    *** OSOUL TRADING & CONTRACTING WLL ***    or bearer

The sum of QR.    *** Four Hundred Thousand Riyals and No DHs***    QR **400,000.00**

DIGITAL SOULA SYSTEM FOR TECHNOLOGY
A/C No.0251-026543-001

Signature

Please do not write or stamp in space below

⑈000841⑈ ⑆634001054⑆ 0251026543001⑈

CORPORATE

NAME        :
SIGNATURE   :
QID No.     :
DATE:       :




Cheque No. 000026   634-001/057

Date **09-October-2016**

Pay against this cheque

\*\*\* OSOUL TRADING & CONTRACTING W.L.L. \*\*\*

or bearer

The sum of QR. \*\*\* Three Hundred Thousand Riyals and No DHs\*\*\*

QR **300,000.00**

AVYARA INFORMATION SYSTEMS
A/C No.0252-031821-001

Signature

⑈"000026"⑈ ⑆:634001057⑈:"0252031821001"⑈

CORPORATE

---




Cheque No. 000026   634-001/057

Date **09-October-2016**

Pay against this cheque

\*\*\* OSOUL TRADING & CONTRACTING W.L.L. \*\*\*

or bearer

The sum of QR. \*\*\* Three Hundred Thousand Riyals and No DHs\*\*\*

QR **300,000.00**

AVYARA INFORMATION SYSTEMS
A/C No.0252-031821-001

Signature

⑈"000026"⑈ ⑆:634001057⑈:"0252031821001"⑈

CORPORATE

30/10/16

---

| | |
|---|---|
| **NAME** | hatem chouikh |
| **SIGNATURE** | |
| **QID No.** | 28378800844 |
| **DATE:** | 24/10/2016 |

30106184




**A/C PAYEE ONLY**

بنك قطر الوطني ش.م.ق، الدوحة، قطر
Qatar National Bank SAQ, Doha, Qatar

شيك رقم
Cheque No.    000276    634-001/057

Date **26-December-2017** التاريخ

Pay against this cheque    **\*\*\* OSOUL TRADING & CONTRACTING WLL \*\*\***    أدفعوا بموجب هذا الشيك لأمر or bearer

The sum of QR.    **\*\*\* One Million Seven Hundred Twenty Six Thousand** مبلغ وقدره ريال قطري    ر.ق. QR **1,726,000.00**

**Riyals and No DHs\*\*\***

AVYARA INFORMATION SYSTEMS
A/C No.0252-031821-001

التوقيع Signature

Please do not write or stamp in space below    يرجى عدم الكتابة أو الختم تحت هذا المكان

⑈000276⑈ ⑆634001057⑈⑆ 0252031821001⑈

CORPORATE

---

## ORIGINAL CHEQUE RECEIVED BY:

Printed Name: Hatem chouikh    Date: 03-01-2018

Signature: _____    Mobile no.: 30106184

Qatar ID no.: 38278900844

---

Case 8:19-cv-01837-RGK-ADS Document 44-12 Filed 02/10/20 Page 5 of 8 Page ID #:1603




**A/C PAYEE ONLY**

**ahlibank** — البنك الأهلي

Al Sadd Branch

No. 6013078  634-005/ 012
Doha on 08-March-2017
الدوحة في

Pay against this cheque to/order: *** OSOUL TRADING & CONTRACTING W.L.L. ***
إدفعوا بموجب هذا الشيك إلى/ لأمر — أو لحامله / or bearer

Riyals / ريال: *** Eight Hundred Fifty Thousand Riyals and No DHs***

QR. / ر.ق 850,000.00

M/S. AVYARA INFORMATION SYSTEMS
0012-444700-301

Cheque No. — Please do not write or stamp in space below

Signature — التوقيع
يرجى عدم الكتابة أو الختم تحت هذا المكان

⑈ 6013078 ⑈ ⑆ 634005 1 2⑈ ⑈ 0012444700301 ⑈

================================================================

### ORIGINAL CHEQUE RECEIVED BY:

Printed Name: Chouikh hatem    Date: 21-03-2017

Signature: _____    Mobile no.: 30106184

Qatar ID no.: 28378800844

================================================================




**A/C PAYEE ONLY**

ahlibank
Al Sadd Branch

No. 6013077    634-005/ 012
Doha on _____  08-March-2017
الدوحة في

Pay against this cheque to/order   *** OSOUL TRADING & CONTRACTING W.L.L. ***    أو لحامله
إدفعوا بموجب هذا الشيك إلى/ لأمر
or bearer

Riyals  *** Eight Hundred Fifty Thousand Riyals and No
DHs***

QR. 850,000.00

M/S. AVYARA INFORMATION SYSTEMS
0012-444700-301

Cheque No.     Please do not write or stamp in space below     Signature
التوقيع
يرجى عدم الكتابة أو الختم تحت هذا المكان

⑈6013077⑈ ⑆634005⑆ 12⑆⑈0012444700301⑈

================================================================

**ORIGINAL CHEQUE RECEIVED BY:**

Printed Name: Chouikh hatem        Date: 21-03-2017

Signature: _____        Mobile no.: 30106184

Qatar ID no.: 28378800844

================================================================





RFCPA 000142



**State of Qatar**
**ID. Card**

ID No 28263403252
DOB 07/11/1962
Nationality QATAR
Date of expiry 28/12/2024

دولة قطر
بطاقة إثبات شخصية

الرقم
تاريخ الميلاد
محل الميلاد قطر
الجنسية: قطري
الصلاحية:

الإسم: عبدالسلام عيسى عبدالسلام محمد ابوعيسى

Name: ABDULSALAM ISSA A M ABU-ISSA

Date of Issue  30/12/2014
Blood Group  O+
Serial No  9182290334389C74

تاريخ الإصدار:
فصيلة الدم:
الرقم المسلسل:
العنوان:




مدير إدارة الجنسية ووثائق السفر
Authority's signature

رقم حامل البطاقة
Holder's signature


