# Exhibit 13



Equation System

## TH-Account Statement

Qatar

| Produced by: | PQA8080 | | | 05-MAY-2019 | 08:10 AM |

| **Account Number:** | 0251-026543-001 | **Currency:** | QATARI RIYAL |
|---|---|---|---|
| **From:** 11/01/2018 | **To:** 11/30/2018 | **Name:** | DIGITAL SOULA SYSTEM FOR TECHNOLOGY |

| Tran Date | Transaction Description | Value Date | Amount | Balance |
|---|---|---|---|---|
| 01/11/2018 | TRANSFER<br><br>MINISTRY OF FINANCE<br>120180306494 1403970 BLK<br>Q88MPOS01112018 67305<br>152638982N 01/11 1543 0002 EBUS | 01/11/2018 | 9,021,550.00 | -2,276,778.54 |
| 21/11/2018 | TRANSFER<br>ILG/2014/03802 | 21/11/2018 | 1,767,900.00 | -508,878.54 |
| 30/11/2018 | INT/PFT | 30/11/2018 | -9,382.66 | -518,261.20 |
| Count: 3 | | SUM: | 10,780,067.34 | |