# Exhibit 14




# INVOICE

DATE: 30 June 2017
INVOICE # 2017/006

**BILL TO:**
**QATAR ARMED FORCES**
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of June 2017** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |
| **TOTAL** | **QAR 971,850.00** |

**Other Comments or Special Instructions**
**1. Kindly Make all Cheques Payable to:**
**Digital Soula System For Technology**
**2. in Case of Transfer :**
**Bank Name :** **Qatar National Bank (QNB)**
**Branch :** **Ministry of Business Branch**
**Account No. :** **0251-026543-001**
**IBAN :** **QA35 QNBA 0000 0000 0251 0265 4300 1**

D.S.S. Digital Soula Systems L.L.C ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

Qatar Armed Forces LOG. هيئة الإمداد والتجهيز القوات المسلحة القطرية

*Thank you for your business!*



# INVOICE

DATE: 31 May 2017
INVOICE # 2017/005

**BILL TO:**
**QATAR ARMED FORCES**
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of May 2017** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |
| **TOTAL** | **QAR 971,850.00** |

**Other Comments or Special Instructions**

**1. Kindly Make all Cheques Payable to:**

**Digital Soula System For Technology**

**2. In Case of Transfer :**

**Bank Name :** Qatar National Bank (QNB)
**Branch :** Ministry of Business Branch
**Account No. :** 0251-026543-001
**IBAN :** QA35 QNBA 0000 0000 0251 0265 4300 1

D.S.S. Digital Soula Systems L.L.C ديجيتال سولا سيستمز للتقنية المعلومات ذ.م.م

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*




# INVOICE

DATE: 30 April 2017
INVOICE # 2017/004

**BILL TO:**
**QATAR ARMED FORCES**
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of April 2017** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 971,850.00**

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. in Case of Transfer :
   Bank Name : Qatar National Bank (QNB)
   Branch : Ministry of Business Branch
   Account No. : 0251-026543-001
   IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

D.S.S. Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 01 April 2017
INVOICE # 2017/003

**BILL TO:**
**QATAR ARMED FORCES**
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of March 2017** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 971,850.00**

**Other Comments or Special Instructions**
1. Kindly Make all Cheques Payable to:
Digital Soula System For Technology
2. in Case of Transfer :
Bank Name : Qatar National Bank (QNB)
Branch : Ministry of Business Branch
Account No. : 0251-026543-001
IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

D.S.S. Digital Soula Systems L.L.C. ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م

Authorized By:
Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:
Qatar Armed Forces

*Thank you for your business!*



# INVOICE

DATE: 01 March 2017
INVOICE # 2017/002

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of February 2017** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 971,850.00**

**Other Comments or Special Instructions**
1. Kindly Make all Cheques Payable to:
Digital Soula System For Technology
2. in Case of Transfer :
Bank Name : Qatar National Bank (QNB)
Branch : Ministry of Business Branch
Account No. : 0251-026543-001
IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

D.S.S. Digital Soula Systems L.L.C ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م

Authorized By:
Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:
Waheed Moin 12/03/2017

*Thank you for your business!*



# INVOICE

DATE: 01 February 2017
INVOICE # 2017/001

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of January 2017** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 971,850.00**

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. in Case of Transfer :
   - Bank Name : Qatar National Bank (QNB)
   - Branch : Ministry of Business Branch
   - Account No. : 0251-026543-001
   - IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م
D.S.S.
Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 31 December 2016
INVOICE # 2016/015

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of December 2016** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |
| **TOTAL** | **QAR 971,850.00** |

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. in Case of Transfer :
   Bank Name : Qatar National Bank (QNB)
   Branch : Ministry of Business Branch
   Account No. : 0251-026543-001
   IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

[Stamp: ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م — D.S.S. — Digital Soula Systems L.L.C]

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 01 December 2016
INVOICE # 2016/014

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of November 2016** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 971,850.00**

**Other Comments or Special Instructions**
1. Kindly Make all Cheques Payable to:
Digital Soula System For Technology
2. in Case of Transfer :
Bank Name : Qatar National Bank (QNB)
Branch : Ministry of Business Branch
Account No. : 0251-026543-001
IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م
D.S.S.
Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*




# INVOICE

DATE: 31 October 2016
INVOICE # 2016/013

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of October 2016** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |
| TOTAL | QAR 971,850.00 |

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. in Case of Transfer :
   Bank Name : Qatar National Bank (QNB)
   Branch : Ministry of Business Branch
   Account No. : 0251-026543-001
   IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

(Stamp: ديجيتال سولا سيستمز للتقنية المعلومات ذ.م.م — D.S.S. — Digital Soula Systems L.L.C)

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*




# INVOICE

DATE: 30 September 2016
INVOICE # 2016/012

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of September 2016** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

TOTAL **QAR 971,850.00**

**Other Comments or Special Instructions**
1. Kindly Make all Cheques Payable to:
Digital Soula System For Technology
2. In Case of Transfer :
Bank Name : Qatar National Bank (QNB)
Branch : Ministry of Business Branch
Account No. : 0251-026543-001
IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

[Stamp: ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م. — D.S.S. — Digital Soula Systems L.L.C]

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 31 August 2016
INVOICE # 2016/011

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of August 2016** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

TOTAL QAR 971,850.00

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. In Case of Transfer :
   - Bank Name : Qatar National Bank (QNB)
   - Branch : Ministry of Business Branch
   - Account No. : 0251-026543-001
   - IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

[Stamp: ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م — D.S.S. — Digital Soula Systems L.L.C]

Authorized By: [signature]

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 31 July 2016
INVOICE # 2016/010

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of July 2016** | |
| 1. Project Director | - |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

TOTAL QAR 971,850.00

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. In Case of Transfer :

| | |
|---|---|
| Bank Name : | Qatar National Bank (QNB) |
| Branch : | Ministry of Business Branch |
| Account No. : | 0251-026543-001 |
| IBAN : | QA35 QNBA 0000 0000 0251 0265 4300 1 |

D.S.S. Digital Soula Systems L.L.C ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

**DATE:** 30 June 2016
**INVOICE #** 2016/009

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of June 2016** | |
| 1. Project Director | 173,470.00 |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 1,145,320.00**

**Other Comments or Special Instructions**
**1. Kindly Make all Cheques Payable to:**
Digital Soula System For Technology
**2. In Case of Transfer :**
Bank Name : Qatar National Bank (QNB)
Branch : Ministry of Business Branch
Account No. : 0251-026543-001
IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م
D.S.S.
Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 31 May 2016
INVOICE # 2016/008

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
| --- | --- |
| **Falcon Project Extension For the month of May 2016** | |
| 1. Project Director | 173,470.00 |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

TOTAL **QAR 1,145,320.00**

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. in Case of Transfer :
   - Bank Name : Qatar National Bank (QNB)
   - Branch : Ministry of Business Branch
   - Account No. : 0251-026543-001
   - IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م
D.S.S.
Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*




# INVOICE

DATE: 30 April 2016
INVOICE # 2016/007

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of April 2016** | |
| 1. Project Director | 173,470.00 |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 1,145,320.00**

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. in Case of Transfer :
   - Bank Name : Qatar National Bank (QNB)
   - Branch : Ministry of Business Branch
   - Account No. : 0251-026543-001
   - IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

D.S.S. Digital Soula Systems L.L.C ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 31 March 2016
INVOICE # 2016/006

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of March 2016** | |
| 1. Project Director | 173,470.00 |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

TOTAL **QAR 1,145,320.00**

**Other Comments or Special Instructions**
1. Kindly Make all Cheques Payable to:
Digital Soula System For Technology
2. In Case of Transfer :
Bank Name : Qatar National Bank (QNB)
Branch : Ministry of Business Branch
Account No. : 0251-026543-001
IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

D.S.S. Digital Soula Systems L.L.C
ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 29 February 2016
INVOICE # 2016/005

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the month of February 2016** | |
| 1. Project Director | 173,470.00 |
| 2. C4I Operations & Solutions Manager | 163,020.00 |
| 3. Systems Design & Integration Manager | 163,020.00 |
| 4. C4I Operations & Land Forces Expert | 156,750.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 163,020.00 |
| 6. Military Intelligence (SME) | 163,020.00 |
| 7. Navy (SME) | 163,020.00 |

**TOTAL** **QAR 1,145,320.00**

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. In Case of Transfer :
   Bank Name : Qatar National Bank (QNB)
   Branch : Ministry of Business Branch
   Account No. : 0251-026543-001
   IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

ديجيتال سولا سيستمز لتقنية المعلومات ذ.م.م
D.S.S.
Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*



# INVOICE

DATE: 31 January 2016
INVOICE # 2016/004

**BILL TO:**
QATAR ARMED FORCES
PO Box 83
Doha, Qatar

| DESCRIPTION | AMOUNT |
|---|---|
| **Falcon Project Extension For the months of November 2015, December 2015 and January 2016** | |
| 1. Project Director | 520,410.00 |
| 2. C4I Operations & Solutions Manager | 489,060.00 |
| 3. Systems Design & Integration Manager | 489,060.00 |
| 4. C4I Operations & Land Forces Expert | 470,250.00 |
| 5. Systems Design & Integration Manager (C4I Systems) | 489,060.00 |
| 6. Military Intelligence (SME) | 489,060.00 |
| 7. Navy (SME) | 489,060.00 |

TOTAL **QAR 3,435,960.00**

**Other Comments or Special Instructions**

1. Kindly Make all Cheques Payable to:
   Digital Soula System For Technology
2. In Case of Transfer :
   Bank Name : Qatar National Bank (QNB)
   Branch : Ministry of Business Branch
   Account No. : 0251-026543-001
   IBAN : QA35 QNBA 0000 0000 0251 0265 4300 1

دیجیتال سولا سیستمز للتقنیة المعلومات ذ.م.م
D.S.S.
Digital Soula Systems L.L.C

Authorized By:

Mr. Mohd Abdulla Al-Mannai
Chairman of the Board

Recevied By:

*Thank you for your business!*