# Exhibit 15

بسم الله الرحمن الرحيم

التاريخ: 28 سبتمبر 2017م

رقم الإشارة: L0064MOD/DSS/TF/2017

عناية السيد/ حسين عبدالله حسين
المحترم
مدير مديرية المشتريات بالوكالة
القيــــادة العــامــــة
القوات المسلحة القطرية
ص.ب: 37
الدوحــــة – قطــــر

**الموضوع: الفواتيــــر**

**عقد رقم: (TAC/PD/CS/88/2013-2014)**

الإشارة: ق ع / م ش / 8500 / 2631         بتاريخ:
                                        2017/08/10م

تحية طيبــة وبعد،،

1. تهديكم شـركة ديجيتال ســولا سـيسـتمز أطيب التحيات، ونتقدم لكم بجزيل الشكر على الكتاب المرسل من قبلكم بالإشارة أعلاه، والمتعلق بالعقد المبرم بين القوات المسلحة القطرية وشركة ديجيتال سولا سيستمز (DSS).

2. وفي هذا السياق، تود شركة ديجيتال سولا سيستمز تسليط الضوء على النقاط التالية:

أ. لا يزال العقد المبرم بين القوات المسـلحة القطرية وشـركة ديجيتال سـولا سيستمز سارياً وفعالاً حتى يومنا هذا.

CR No. 56630 | 12th Floor - Al Dana Tower, West Bay Area, Doha, Qatar | P.O. Box 17693
www.dss.com.qa

-2-

ب. وبناءً عليه، يبقى حسن التنفيذ (Performance Bond) وفق الشروط والأحكام المدرجة في العقد قائماً من قبل شركة ديجيتال سولا سيستمز، ولصالح القوات المسلحة القطرية، حيث أنه لم يتم رسمياً إنهاء أو إلغاء العقد المذكور من قبل القوات المسلحة القطرية.

ت. كما أنه، سوف لن يتم تقديم أية فواتير أخرى إلى القيادة العامة للقوات المسلحة القطرية فيما يخص الخدمات الإستشارية مستقبلاً، إلا أنه سوف يتم تجميع تلك الفواتير الشهرية وتقديمها بشكل دوري إلى سعادة السيد وزير الدولة لشؤون الدفاع بدولة قطر، وذلك لمتابعة ما يتعلق بهذا الشأن.

شاكرين لكم حسن تعاونكم المستمر معنا ..

وتفضلوا بقبول فائق الشكر والتقدير،،

محمد عبدالله المناعي
رئيس مجلس الإدارة
شركة ديجيتال سولا سيستمز

CR No. 56630 | 12th Floor - Al Dana Tower, West Bay Area, Doha, Qatar | P.O. Box 17693
www.dss.com.qa

# DSS

Date: September 28, 2017
Ref. No.: L0064MOD/DSS/TF/2017

Att.: Hussein Abdullah Hussein
Manager (Acting) of Procurement Department
General Head Quarter
Qatar Armed Forces
P.O. Box: 37
Doha – Qatar

**Subject: Invoices**
**Contract No.: (TAC/PD/DC/S88/2013-2014)**

Ref. No.: (S P/ M U/ 8500/2631)                    Date: August 10, 2017

Dear Sir,

1. Digital Soula Systems extends its sincere greetings and expresses its thank to you for sending the letter referred to above regarding the contract concluded between Qatar Armed Forces and Digital Soula Systems Company (DSS).
2. In this context, Digital Soula would like to highlight some important points as follows:
   A. The contract concluded between Qatar Armed Forces and Digital Saula Systems is still in effect and in force up to date.
   B. Accordingly, the performance bond given by Digital Saula Systems in the interest of Qatar Armed Forces, as per the terms and conditions stated in the contract, is still valid as the said contract has not been terminated or revoked by Qatar Armed Forces.
   C. No more invoices will be sent to the General Head Quarter of Qatar Armed Forces regarding advisory services in the future. The monthly invoices will be compiled and submitted periodically to HE Minister of State for Defense Affairs in the State of Qatar for follow up.

Thanks for your Kind cooperation.

**Best regards,**
**Mohamed Abdullah Al Mannai**
**Chairman of the Board**
**Digital Soula Systems**

(the original stamped with the seal of Digital soula Systems and Qatar Armed Forces)


