# Exhibit 16

بسم الله الرحمن الرحيم

**General Headquarters (GHQ)**
**Falcon Project**
**Qatar Armed Forces**
Doha – Qatar
P.o.Box : 37
Tel : +974 40121762
Fax: +974 40377063



القيـــــــــادة الـعامــــــــــة
مشـــــــروع الصقـــــــــر
القـــوات المسلحـــة القطريــــة
الدوحـة ـ قطـر
صندوق بريد : ٣٧
تليفون : ٤٠١٢١٧٦٢ ٩٧٤+
فاكس : ٤٠٣٧٧٠٦٣ ٩٧٤+

Date : 10   January 2016

To Whom It May Concern,

We would like to confirm that Digital Soula Systems ("DSS") has met all the project milestones due to-date under the contract successfully and on time. The project will likely to be extend by an additional six months.

Milestone six is not completed yet as a result of a delay in the internal process within the QAF.

Best Regards,

*[signature]*

**Lt. Col. (Engr./Air)**
**Nasser Al-Ghanim**
**Deputy Director**
**Falcon Project**

