# Exhibit 17

Tarek Fouad
Cofounder and Board of Directors Member
Digital Soula Systems

**Via Email to Carter Ruck, Attorney for Qatar Armed Forces**

April 10, 2019

**Attention: Dr. Khalid Al Attiyah**
Minister of State for Defense Affairs
Qatar Armed Forces

**Dear Minister Al Attyiah,**

I wrote to you on February 1, 2019 and respectfully asked you to allow the arbitration process to go forward to a final ruling on the outstanding balance in the manner specifically agreed by Digital Soula Systems and Qatar Armed Forces, in their contract.

I fulfilled my goodwill offer and Digital Soula Systems did not ask for damages for blacklisting the company and the February 20, 2019 request for arbitration was made solely for the outstanding debt. Unfortunately, it is clear from your attorney's letters of April, 4 and April, 10, that Qatar Armed Forces had decided to continue to obstruct the arbitration and prevent it from moving forward. Copies of your attorney's letters and Digital Soula Systems' response are attached to this letter.

In response to this continued obstruction of the arbitration process by Qatar Armed Forces, I have instructed Digital Soula Systems' attorney to withdraw the February 20, 2019 Request for Arbitration if no progress is made by April 19, 2019 by Qatar Armed Forces to allow a speedy arbitration to move forward. Thereafter, I shall feel compelled to proceed with litigation against Qatar Armed Forces before a United States Federal Court.

It remains disappointing that Qatar Armed Forces and the government of the State of Qatar have declined my offer to cooperate with any investigation by the State of Qatar in the presence of FBI agents here in the United States. I am attaching one of several documents which I have not shared before but referred to in my February 1, 2019 letter. The document shows a senior manager at the defense company stating in August 2013 the company is performing due diligence (dd) to confirm the identity of the principle owner of Al Sedriah (Sheik Joann Bin Hamad Al Thani).

Commercial Registration Records in 2013 and 2014 show Sheik Joann Bin Hamad Al Thani, the brother of the Emir of Qatar listed as the principle owner of Al Sedriah. It is clear the defense company knew whom it was paying the alleged bribes. I hope this document will encourage investigation by the State of Qatar in corruption in defense systems acquisition. I am ready to cooperate in the presence of FBI agents here in the United States and willing to share more evidence which I have not shared before.

Copies of my February 1, 2019 and April 10, 2019 letters shall be presented as part of the legal action in the United States Federal Court to show Qatar Armed Forces rejections of the attempts made to arbitrate this dispute at the ICC as was agreed to in the agreement between the parties. It is unfortunate that rationale thinking and common sense did not prevail.

Yours faithfully,

Tarek Fouad
Cofounder and Board of Directors Member
Digital Soula Systems