Exhibit A

المادة 114

تقع المسؤولية المنصوص عليها في المادة السابقة على جميع أعضاء مجلس الإدارة إذا نشأ الخطأ عن قرار صدر بإجماعهم، أما القرارات التي تصدر بالأغلبية فلا يسأل عنها المعترضون متى أثبتوا اعتراضهم كتابة في محضر الاجتماع، ولا يعتبر الغياب عن حضور الاجتماع الذي صدر فيه القرار سبباً للإعفاء من المسؤولية إلا إذا ثبت عدم علم العضو الغائب بالقرار، أو عدم تمكنه من الاعتراض عليه بعد علمه به.

المادة 115

للشركة أن ترفع دعوى المسؤولية على أعضاء مجلس الإدارة بسبب الأخطاء التي تنشأ عنها أضرار لمجموع المساهمين خلال خمس سنوات من تاريخ وقوع الخطأ، وتقرر الجمعية العامة العادية رفع هذه الدعوى وتعين من ينوب عن الشركة في مباشرتها، فإذا كانت الشركة تحت التصفية تولى المصفي رفع الدعوى بناء على قرار من الجمعية العامة.

المادة 116

لكل مساهم أن يرفع الدعوى منفرداً في حالة عدم قيام الشركة برفعها، إذا كان من شأن الخطأ إلحاق ضرر خاص به كمساهم، على أن يخطر الشركة بعزمه على رفع الدعوى، ويقع باطلاً كل شرط في النظام الأساسي للشركة يقضي بغير ذلك.