# Exhibit B

Exhibit B, Page 6

### Article (114)

The liability prescribed in the previous Article shall be borne by all the members of the board of directors if such mistake results from a resolution passed by them unanimously. However, in relation to resolutions passed by a majority, objecting members shall not be liable provided they state their objection in writing in the minutes of meeting. Absence from the meeting at which the resolution is passed shall not be deemed an excuse for exemption from liability unless it is proven

25

Simmons & Simmons Unofficial English Translation – August 2015

that the absent member is not aware of the resolution or was unable to object to it after becoming aware of it.

### Article (115)

The company may file a liability claim against the members of the board of directors due to mistakes resulting in damages to all shareholders within five (5) years from the date of such mistake. The ordinary general assembly shall resolve the filing of such claim and shall appoint a representative to commence a claim. If the company is under liquidation, the liquidator shall undertake filing the claim upon a resolution passed by the general assembly.

### Article (116)

Each shareholder may file the claim individually, if the company does not file the claim, if the mistake shall cause damage to such shareholder, provided that the shareholder must notify the company of his intent to file the claim. Any provision in the articles of association of the company stating otherwise shall be void.